| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Offices of Mitchell Lee Chambers<br>602 Little Gloucester Road, Suite 5<br>Blackwood, NJ 08012<br>Phone: 856-302-1778 | **Order Filed on June 28, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>PETER J. COLLINS | Case No.: 22-14485<br><br>Chapter: 13<br><br>Judge: ABA |

# ORDER

**DATED: June 28, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

AND NOW, upon consideration of Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. 362 ("the Motion"), and there being no opposition to the Motion.

It is hereby ORDERED that:

1. The Motion is GRANTED

2. That the Automatic Stay is EXTENDED with respect to all creditors who were served with the Motion and Notice of the Motion and shall remain in effect unless modified by the Court in accordance with 11 U.S.C. 362 and Federal Bankruptcy Rule of Procedure 4001(a)