# NOTICE
## TO BUYER AND SELLER
### READ THIS NOTICE BEFORE SIGNING THE CONTRACT

The Law requires real estate brokers to give you the following information before you sign this contract. It requires us to tell you that you must read all of it before you sign. The purpose is to help you in this purchase or sale.

1) As a real estate broker, I represent: ☑ the seller, not the buyer; ☐ the buyer, not the seller; ☐ both the seller and the buyer; ☐ neither the seller nor the buyer.
   The title company does not represent either the seller or the buyer.

2) You will not get any legal advice unless you have your own lawyer. Neither I nor anyone from the title company can give legal advice to either the buyer or the seller. If you do not hire a lawyer, no one will represent you in legal matters now or at the closing. Neither I nor the title company will represent you in those matters.

3) The contract is the most important part of the transaction. It determines your rights, risks, and obligations. Signing the contract is a big step. A lawyer would review the contract, help you to understand it, and to negotiate its terms.

4) The contract becomes final and binding unless your lawyer cancels it within the following three business days. If you do not have a lawyer, you cannot change or cancel the contract unless the other party agrees. Neither can the real estate broker nor the title insurance company change the contract.

5) Another important service of a lawyer is to order a survey, title report, or other important reports. The lawyer will review them and help to resolve any questions that may arise about the ownership and condition of the property. These reports and survey can cost you a lot of money. A lawyer will also prepare the documents needed to close title and represent you at the closing.

6) A buyer without a lawyer runs special risks. Only a lawyer can advise a buyer about what to do if problems arise concerning the purchase of this property. The problems may be about the seller's title, the size and shape of the property, or other matters that may affect the value of the property. If either the broker or the title company knows about the problems, they should tell you. But they may not recognize the problem, see it from your point of view, or know what to do. Ordinarily, the broker and the title company have an interest in seeing that the sale is completed, because only then do they usually receive their commissions. So, their interests may differ from yours.

7) Whether you retain a lawyer is up to you. It is your decision. The purpose of this notice is to make sure that you have the information needed to make your decision.

| | | |
|---|---|---|
| *Peter J. Collins*  dotloop verified 02/07/23 4:38 PM PST KX0H-VFUF-TTPN-WEK8 | *Stephanie Collins* DocuSigned by BF7B0B08?MA34CF... | 02/07/23 \| 3:25 PM EST |
| SELLER    DATE | BUYER    DATE | |
| | *Bryan Lenny* DocuSigned by 40B5ADDF530B4A1... | 02/07/23 \| 5:07 PM EST |
| SELLER    DATE | BUYER    DATE | |
| SELLER    DATE | BUYER    DATE | |
| SELLER    DATE | BUYER    DATE | |
| *Ebenezer Carpio-Arias*  dotloop verified 02/07/23 7:38 PM EST UCGU-8ZCT-3JOL-LOV4 | *Bernadette Augello* DocuSigned by 75F1B5F5553E4EC... | 02/07/23 \| 2:42 PM EST |
| Listing Broker | Selling Broker | |

Prepared by: **Rebecca DeSandro**
Name of Real Estate Licensee

dotloop signature verification: dtlp.us/ReeW-I0QZ-3jH9
DocuSign Envelope ID: 59B38910-5A8E-4DFB-80EE-648A74EE8EA1



**NEW JERSEY REALTORS®**

©2016 New Jersey REALTORS®, Inc.

THIS FORM MAY BE USED ONLY IN THE SALE OF A ONE TO FOUR-FAMILY RESIDENTIAL PROPERTY
OR VACANT ONE-FAMILY LOTS. THIS FORM IS SUITABLE FOR USE ONLY WHERE THE SELLER HAS
PREVIOUSLY EXECUTED A WRITTEN LISTING AGREEMENT.

**THIS IS A LEGALLY BINDING CONTRACT THAT WILL BECOME FINAL WITHIN THREE BUSINESS DAYS.
DURING THIS PERIOD YOU MAY CHOOSE TO CONSULT AN ATTORNEY WHO CAN REVIEW AND CANCEL THE
CONTRACT.  SEE SECTION ON ATTORNEY REVIEW FOR DETAILS.**

## TABLE OF CONTENTS

1. PARTIES AND PROPERTY DESCRIPTION
2. PURCHASE PRICE
3. MANNER OF PAYMENT
4. SUFFICIENT ASSETS
5. ACCURATE DISCLOSURE OF SELLING PRICE
6. ITEMS INCLUDED IN SALE
7. ITEMS EXCLUDED FROM SALE
8. DATES AND TIMES FOR PERFORMANCE
9. CERTIFICATE OF OCCUPANCY AND ZONING COMPLIANCE
10. MUNICIPAL ASSESSMENTS
11. QUALITY AND INSURABILITY OF TITLE
12. POSSESSION, OCCUPANCY AND TENANCIES
13. LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARD
14. POINT OF ENTRY TREATMENT SYSTEMS

15. CESSPOOL REQUIREMENTS
16. INSPECTION CONTINGENCY CLAUSE
17. MEGAN'S LAW STATEMENT
18. MEGAN'S LAW REGISTRY
19. NOTIFICATION REGARDING OFF-SITE CONDITIONS
20. AIR SAFETY AND ZONING NOTICE
21. BULK SALES
22. NOTICE TO BUYER CONCERNING INSURANCE
23. MAINTENANCE AND CONDITION OF PROPERTY
24. RISK OF LOSS
25. INITIAL AND FINAL WALK-THROUGHS
26. ADJUSTMENTS AT CLOSING
27. FAILURE OF BUYER OR SELLER TO CLOSE
28. CONSUMER INFORMATION STATEMENT ACKNOWLEDGMENT

29. DECLARATION OF BROKER(S) BUSINESS RELATIONSHIP(S)
30. BROKERS' INFORMATION AND COMMISSION
31. EQUITABLE LIEN
32. DISCLOSURE THAT BUYER OR SELLER IS A REAL ESTATE LICENSEE
33. BROKERS TO RECEIVE CLOSING DISCLOSURE AND OTHER DOCUMENTS
34. PROFESSIONAL REFERRALS
35. ATTORNEY-REVIEW CLAUSE
36. NOTICES
37. NO ASSIGNMENT
38. ELECTRONIC SIGNATURES AND DOCUMENTS
39. CORPORATE RESOLUTIONS
40. ENTIRE AGREEMENT; PARTIES LIABLE
41. APPLICABLE LAWS
42. ADDENDA
43. ADDITIONAL CONTRACTUAL PROVISIONS

## 1. PARTIES AND PROPERTY DESCRIPTION:

Bryan Kenny _____ ("**Buyer**"), Stephanie Bellomo _____, ("**Buyer**"),

_____ ("**Buyer**"), _____, ("**Buyer**"),

whose address is/are 516 Greenwich St, Philadelphia, Pa, 19147 _____

## AGREES TO PURCHASE FROM

Peter J. Collins _____ ("**Seller**"), _____, ("**Seller**"),

_____ ("**Seller**"), _____, ("**Seller**"),

whose address is/are 44 Bridge Dr, Turnersville, NJ 08012-2334 _____

**THROUGH THE BROKER(S) NAMED IN THIS CONTRACT AT THE PRICE AND TERMS STATED BELOW, THE
FOLLOWING PROPERTY:**

Property Address:  44 Bridge Dr, Turnersville, NJ 08012-2334 _____

shown on the municipal tax map of **Washington Twp** _____ County **Gloucester, NJ**

as Block **00116 25** Lot **00002** (the "**Property**") Qualifier **N/A** _____ (if the Property is a condominium).
**THE WORDS "BUYER" AND "SELLER" INCLUDE ALL BUYERS AND SELLERS LISTED ABOVE.**

## 2. PURCHASE PRICE:

| | |
|---|---|
| TOTAL PURCHASE PRICE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 360,000 |
|    INITIAL DEPOSIT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 5,000 |
|    ADDITIONAL DEPOSIT . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|    MORTGAGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 347,400 |
|    BALANCE OF PURCHASE PRICE . . . . . . . . . . . . . . . . . . . . . $ | 7,600.00 |

Buyer's Initials: 

Seller's Initials: 



dotloop signature verification: dtlp.us/ReeW-l0OZ-3jH9

DocuSign Envelope ID: 59B8901D-5A8F-4DFB-89EE-648A74EEBEA1   Case 22-14485-ABA   Doc 58   Filed 02/08/23   Entered 02/08/23 15:35:38   Desc Main
Document   Page 3 of 29

**3.  MANNER OF PAYMENT:**

(**A**) **INITIAL DEPOSIT** to be paid by Buyer to ☐ Listing Broker ☐ Participating Broker ☐ Buyer's Attorney ☑ Title Company ☐ Other _____ , on or before _____ (date) (if left blank, then within five (5) business days after the fully signed Contract has been delivered to both the Buyer and the Seller).

(**B**) **ADDITIONAL DEPOSIT** to be paid by Buyer to the party who will be responsible for holding the escrow who is identified below on or before _____ (date) (if left blank, then within ten (10) calendar days after the fully signed Contract has been delivered to both the Buyer and the Seller).

(**C**) **ESCROW:** All initial and additional deposit monies paid by Buyer shall be held in escrow in the **NON-INTEREST BEARING TRUST ACCOUNT** of _____Buyer's Title Company_____ , (**"Escrowee"**), until the Closing, at which time all **monies shall be paid over to Seller.** The deposit monies shall not be paid over to Seller prior to the Closing, unless otherwise agreed in writing by both Buyer and Seller. If Buyer and Seller cannot agree on the disbursement of these escrow monies, the Escrowee may place the deposit monies in Court requesting the Court to resolve the dispute.

(**D**) **IF PERFORMANCE BY BUYER IS CONTINGENT UPON OBTAINING A MORTGAGE:**

If payment of the purchase price requires a mortgage loan other than by Seller or other than assumption of Seller's mortgage, Buyer shall apply for the loan through any lending institution of Buyer's choice in writing on lender's standard form within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms of this Contract, and use best efforts to obtain it. Buyer shall supply all necessary information and fees required by the proposed lender and shall authorize the lender to communicate with the real estate brokers(s) and involved attorney(s). Buyer shall obtain a written commitment from the lending institution to make a loan on the property under the following terms:

Principal Amount $**347,400**_____ Type of Mortgage: ☐ VA ☑ FHA ☐ Section 203(k) ☐ Conventional ☐ Other _____
Term of Mortgage: **30**_____ years, with monthly payments based on a **30**_____ year payment schedule.

The written mortgage commitment must be delivered to Seller's agent, who is the Listing Broker identified in Section 30, and Seller's attorney, if applicable, no later than **03/01/2023**_____ (date) (if left blank, then within thirty (30) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within thirty (30) calendar days after the parties agree to the terms of this Contract). Thereafter, if Buyer has not obtained the commitment, then either Buyer or Seller may void this Contract by written notice to the other party and Broker(s) within ten (10) calendar days of the commitment date or any extension of the commitment date, whichever is later. If this Contract is voided, the deposit monies paid by Buyer shall be returned to Buyer notwithstanding any other provision in this Contract, provided, however, if Seller alleges in writing to Escrowee within said ten (10) calendar days of the commitment date or any extension of the commitment date, whichever is later, that the failure to obtain the mortgage commitment is the result of Buyer's bad faith, negligence, intentional conduct or failure to diligently pursue the mortgage application, then Escrowee shall not return the deposit monies to Buyer without the written authorization of Seller. If Buyer has applied for Section 203(k) financing this Contract is contingent upon mortgage approval and the Buyer's acceptance of additional required repairs as determined by the lender.

(**E**) **BALANCE OF PURCHASE PRICE:** The balance of the purchase price shall be paid by Buyer in cash, or by certified, cashier's check or trust account check.

Payment of the balance of the purchase price by Buyer shall be made at the closing, which will take place on **On or before 03/31/2023**_____ (date) at the office of Buyer's closing agent or such other place as Seller and Buyer may agree ("the Closing").

**4. SUFFICIENT ASSETS:**

Buyer represents that Buyer has or will have as of the Closing, all necessary cash assets, together with the mortgage loan proceeds, to complete the Closing. Should Buyer not have sufficient cash assets at the Closing, Buyer will be in breach of this Contract and Seller shall be entitled to any remedies as provided by law.

**5. ACCURATE DISCLOSURE OF SELLING PRICE:**

Buyer and Seller certify that this Contract accurately reflects the gross sale price as indicated in Section 2 of this Contract. Buyer and Seller understand and agree that this information shall be disclosed to the Internal Revenue Service and other government agencies as required by law.

**6. ITEMS INCLUDED IN SALE:**

The Property includes all fixtures permanently attached to the building(s), and all shrubbery, plantings and fencing, gas and electric fixtures, cooking ranges and ovens, hot water heaters, flooring, screens, storm sashes, shades, blinds, awnings, radiator covers, heating

Buyer's Initials: [SB] [BL]     Seller's Initials: 

111 apparatus and sump pumps, if any, except where owned by tenants, are included in this sale. All of the appliances shall be in working
112 order as of the Closing. Seller does not guarantee the condition of the appliances after the Deed and affidavit of title have been delivered
113 to Buyer at the Closing. The following items are also specifically included (If reference is made to the MLS Sheet and/or any other
114 document, then the document(s) referenced should be attached.):
115 **Light fixtures attached to walls or ceilings, window screens/blinds/treatments.**
116
117
118
119 **7. ITEMS EXCLUDED FROM SALE:** (If reference is made to the MLS Sheet and/or any other document, then the document(s)
120 referenced should be attached.):
121 **Seller's personal property.**
122
123
124
125 **8. DATES AND TIMES FOR PERFORMANCE:**
126 Seller and Buyer agree that all dates and times included in this Contract are of the essence. This means that Seller and Buyer must satisfy
127 the terms of this Contract within the time limits that are set in this Contract or will be in default, except as otherwise provided in this
128 Contract or required by applicable law, including but not limited to if the Closing has to be delayed either because a lender does not timely
129 provide documents through no fault of Buyer or Seller or for three (3) business days because of the change of terms as required by the
130 Consumer Financial Protection Bureau.
131
132 If Seller requests that any addendum or other document be signed in connection with this Contract, "final execution date," "acknowl-
133 edgement date," or similar language contained in such document that sets the time period for the completion of any conditions or contin-
134 gencies, including but not limited to inspections and financing, shall mean that the time will begin to run after the attorney-review period
135 is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract,
136 then from the date the parties agree to the terms of this Contract.
137
138 Buyer selects _____ ("Closing Agent") as the title company, attorney or other entity or person to con-
139 duct the Closing. If the Closing Agent is an entity or  person other than the Buyer's attorney, Buyer agrees to timely contact the Closing
140 Agent to schedule the Closing after the attorney-review period is completed or, if  the Contract is timely disapproved by an attorney as
141 provided in the Attorney-Review Clause Section of this Contract, then after the parties agree to the terms of this Contract.
142
143 **9. CERTIFICATE OF OCCUPANCY AND ZONING COMPLIANCE:**
144 Seller makes no representations concerning existing zoning ordinances, except that Seller's use of the Property is not presently in violation
145 of any zoning ordinances.
146
147 ~~Some municipalities may require a Certificate of Occupancy or Housing Code Letter to be issued. If any is required for this Property,~~
148 ~~Seller shall obtain it at Seller's expense and provide to Buyer prior to Closing and shall be responsible to make and pay for any repairs~~
149 ~~required in order to obtain the Certificate or Letter. However, if this expense exceeds $_____ (if left blank, then 1.5% of the~~
150 ~~purchase price) to Seller, then Seller may terminate this Contract and refund to Buyer all deposit monies plus Buyer's reasonable expenses,~~
151 ~~if any, in connection with this transaction unless Buyer elects to make repairs in excess of said amount at Buyer's expense, in which event~~
152 ~~Seller shall not have the right to terminate this Contract. In addition, Seller shall comply with all New Jersey laws, and local ordinances,~~
153 ~~including but not limited to smoke detectors, carbon monoxide detectors, fire extinguishers and indoor sprinklers, the cost of which shall~~
154 ~~be paid by Seller and not be considered as a repair cost.~~
155
156 **10. MUNICIPAL ASSESSMENTS:** (Seller represents that Seller ☐ has ☑ has not been notified of any such municipal assessments as
157 explained in this Section.)
158
159 Title shall be free and clear of all assessments for municipal improvements, including but not limited to municipal liens, as well as
160 assessments and liabilities for future assessments for improvements constructed and completed.  All confirmed assessments and all
161 unconfirmed assessments that have been or may be imposed by the municipality for improvements that have been completed as of the
162 Closing are to be paid in full by Seller or credited to Buyer at the Closing.  A confirmed assessment is a lien against the Property.  An
163 unconfirmed assessment is a potential lien that, when approved by the appropriate governmental entity, will become a legal claim against
164 the Property.
165
166 **11. QUALITY AND INSURABILITY OF TITLE:**
167 At the Closing, Seller shall deliver a duly executed Bargain and Sale Deed with Covenant as to Grantor's Acts or other Deed satisfactory
168 to Buyer. Title to the Property will be free from all claims or rights of others, except as described in this Section and Section 12 of this
169 Contract. The Deed shall contain the full legal description of the Property.
170

Buyer's Initials: [ SB ] [ BL ]    Seller's Initials: [ PJC ] [    ]

171 This sale will be subject to utility and other easements and restrictions of record, if any, and such state of facts as an accurate survey
172 might disclose, provided such easement or restriction does not unreasonably limit the use of the Property.  Generally, an easement is a
173 right of a person other than the owner of property to use a portion of the property for a special purpose.  A restriction is a recorded
174 limitation on the manner in which a property owner may use the property.  Buyer does not have to complete the purchase, however,
175 if any easement, restriction or facts disclosed by an accurate survey would substantially interfere with the use of the Property for
176 residential purposes. A violation of any restriction shall not be a reason for Buyer refusing to complete the Closing as long as the title
177 company insures Buyer against loss at regular rates. The sale also will be made subject to applicable zoning ordinances, provided that
178 the ordinances do not render title unmarketable.

179

180 Title to the Property shall be good, marketable and insurable, at regular rates, by any title insurance company licensed to do business
181 in New Jersey, subject only to the claims and rights described in this Section and Section 12.  Buyer agrees to order a title insurance
182 commitment (title search) and survey, if required by Buyer's lender, title company or the municipality where the Property is located,
183 and to furnish copies to Seller.  If Seller's title contains any exceptions other than as set forth in this Section, Buyer shall notify Seller
184 and Seller shall have thirty (30) calendar days within which to eliminate those exceptions.  Seller represents, to the best of Seller's
185 knowledge, that there are no restrictions in any conveyance or plans of record that will prohibit use and/or occupancy of the Property
186 as a _____Single_____ family residential dwelling.  Seller represents that all buildings and other improvements on the Property are
187 within its boundary lines and that no improvements on adjoining properties extend across boundary lines of the Property.

188

189 If Seller is unable to transfer the quality of title required and Buyer and Seller are unable to agree upon a reduction of the purchase
190 price, Buyer shall have the option to either void this Contract, in which case the monies paid by Buyer toward the purchase price shall
191 be returned to Buyer, together with the actual costs of the title search and the survey and the mortgage application fees in preparing for
192 the Closing without further liability to Seller, or to proceed with the Closing without any reduction of the purchase price.

193

194 **12. POSSESSION, OCCUPANCY AND TENANCIES:**
195 **(A) Possession and Occupancy.**
196 Possession and occupancy will be given to Buyer at the Closing. Buyer shall be entitled to possession of the Property, and any rents or
197 profits from the Property, immediately upon the delivery of the Deed and the Closing. Seller shall pay off any person with a claim or right
198 affecting the Property from the proceeds of this sale at or before the Closing.

199

200 **(B) Tenancies.** ☐ Applicable    ☑ Not Applicable
201 Occupancy will be subject to the tenancies listed below as of the Closing. Seller represents that the tenancies are not in violation of any
202 existing Municipal, County, State or Federal rules, regulations or laws. Seller agrees to transfer all security deposits to Buyer at the Closing
203 and to provide to Brokers and Buyer a copy of all leases concerning the tenancies, if any, along with this Contract when it is signed by
204 Seller. Seller represents that such leases can be assigned and that Seller will assign said leases, and Buyer agrees to accept title subject to
205 these leases.

206

207 **TENANT'S NAME          LOCATION          RENT          SECURITY DEPOSIT          TERM**
208
209 _____
210 _____
211 _____
212

213 Buyer acknowledges that, effective July 22, 2022, certain rental dwelling units built before 1978 are required to be inspected pursuant to
214 N.J.S.A. 52:27D-437.16, et seq., for lead-based paint. See section 13D below.

215

216 **13. LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARD: (This section is applicable only to all dwellings**
217 **built prior to 1978.)** ☑ Applicable    ☐ Not Applicable
218 **(A) Document Acknowledgement.**
219 Buyer acknowledges receipt of the EPA pamphlet entitled "Protect Your Family From Lead In Your Home." Moreover, a copy of a
220 document entitled "Disclosure of Information and Acknowledgement Lead-Based Paint and Lead-Based Paint Hazards" has been fully
221 completed and signed by Buyer, Seller and Broker(s) and is appended to and made a part of this Contract.

222

223 **(B) Lead Warning Statement.**
224 Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such
225 property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead
226 poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient,
227 behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest
228 in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or
229 inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for
230 possible lead-based paint hazards is recommended prior to purchase.

Buyer's Initials: [SB] [PL]    Seller's Initials: [PGC] 02/07/23 4:38 PM PST

**(C) Inspection.**

The law requires that, unless Buyer and Seller agree to a longer or shorter period, Seller must allow Buyer a ten (10) calendar day period within which to complete an inspection and/or risk assessment of the Property as set forth in the next paragraph. Buyer, however, has the right to waive this requirement in its entirety.

This Contract is contingent upon an inspection and/or risk assessment (the "Inspection") of the Property by a certified inspector/risk assessor for the presence of lead-based paint and/or lead-based paint hazards. The Inspection shall be ordered and obtained by Buyer at Buyer's expense within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms in this Contract ("Completion Date"). If the Inspection indicates that no lead-based paint or lead-based paint hazard is present at the Property, this contingency clause shall be deemed null and void. If the Inspection indicates that lead-based paint or lead-based paint hazard is present at the Property, this contingency clause will terminate at the time set forth above unless, within five (5) business days from the Completion Date, Buyer delivers a copy of the inspection and/or risk assessment report to Seller and Brokers and (1) advises Seller and Brokers, in writing that Buyer is voiding this Contract; or (2) delivers to Seller and Brokers a written amendment (the "Amendment") to this Contract listing the specific existing deficiencies and corrections required by Buyer. The Amendment shall provide that Seller agrees to (a) correct the deficiencies; and (b) furnish Buyer with a certification from a certified inspector/risk assessor that the deficiencies have been corrected, before the Closing. Seller shall have _____ (if left blank, then 3) business days after receipt of the Amendment to sign and return it to Buyer or send a written counter-proposal to Buyer. If Seller does not sign and return the Amendment or fails to offer a counter-proposal, this Contract shall be null and void. If Seller offers a counter-proposal, Buyer shall have _____ (if left blank, then 3) business days after receipt of the counter-proposal to accept it. If Buyer fails to accept the counter-proposal within the time limit provided, this Contract shall be null and void.

**(D) Rental Dwelling Inspections.**

Effective July 22, 2022, all rental dwelling units built before 1978 required to be inspected pursuant to the New Jersey Lead-Based Paint Inspection Law, N.J.S.A. 52:27D-437.16, et seq., must be inspected for lead-based paint by July 22, 2024, or upon tenant turnover, whichever is earlier (note: there are several exemptions, including but not limited to seasonal rentals that are rented for less than six (6) months each year by tenants that do not have consecutive lease renewals). The law imposes an obligation on municipalities to perform or hire, or allow the property owner/landlord to directly hire, a certified lead evaluation contractor to perform the inspections of single-family, two-family, and multiple rental dwellings that are covered by the law for lead-based paint hazards, at times specified in the law. The type of inspection depends on the lead levels in children in the municipality where the rental dwelling unit is located.

Seller is advised to provide Buyer with all lead-safe certifications concerning the Property and the Guide to Lead-Based Paint in Rental Dwellings issued by the New Jersey Department of Community Affairs prior to closing.

Buyer is advised to contact the municipality in which the Property is located to determine the type of inspection, if any, required if the Property currently has a tenant or may have a tenant in the future.

**14. POINT-OF-ENTRY TREATMENT ("POET") SYSTEMS:** ☐ Applicable  ☒ Not Applicable

A point-of-entry treatment ("POET") system is a type of water treatment system used to remove contaminants from the water entering a structure from a potable well, usually through a filtration process. Seller represents that a POET system has been installed to an existing well on the Property and the POET system was installed and/or maintained using funds received from the New Jersey Spill Compensation Fund Claims Program, N.J.S.A. 58:10-23.11, et seq. The Buyer understands that Buyer will not be eligible to receive any such funds for the continued maintenance of the POET system. Pursuant to N.J.A.C. 7:1J-2.5(c), Seller agrees to notify the Department of Environmental Protection within thirty (30) calendar days of executing this Contract that the Property is to be sold.

**15. CESSPOOL REQUIREMENTS:** ☐ Applicable  ☒ Not Applicable

**(This section is applicable if the Property has a cesspool, except in certain limited circumstances set forth in N.J.A.C. 7:9A-3.16.)** Pursuant to New Jersey's Standards for Individual Subsurface Sewage Disposal Systems, N.J.A.C. 7:9A (the "Standards"), if this Contract is for the sale of real property at which any cesspool, privy, outhouse, latrine or pit toilet (collectively "Cesspool") is located, the Cesspool must be abandoned and replaced with an individual subsurface sewage disposal system at or before the time of the real property transfer, except in limited circumstances.

**(A)** Seller represents to Buyer that ☒ no Cesspool is located at or on the Property, or ☐ one or more Cesspools are located at or on the Property. **[If there are one or more Cesspools, then also check EITHER Box 1 or 2 below.]**

1. ☐ Seller agrees that, prior to the Closing and at its sole cost and expense, Seller shall abandon and replace any and all Cesspools located at or on the Property and replace such Cesspools with an individual subsurface sewage disposal system ("System") meeting all the requirements of the Standards. At or prior to the Closing, Seller shall deliver to Buyer a certificate of compliance ("Certificate of Compliance") issued by the administrative authority ("Administrative Authority") (as those terms are defined in N.J.A.C. 7:9A-2.1) with respect to the System. Notwithstanding the foregoing, if the Administrative Authority determines that a fully compliant system cannot

Buyer's Initials: SB  BE    Seller's Initials: PJC
02/07/23
4:38 PM PST

dotloop signature verification: dtlp.us/ReeW-l0OZ-3jH9
DocuSign Envelope ID: 59B3891D-5A8F-4DFB-89EE-648A74EEEEA1

be installed at the Property, then Seller shall notify Buyer in writing within three (3) business days of its receipt of the Administrative Authority's determination of its intent to install either a nonconforming System or a permanent holding tank, as determined by the Administrative Authority ( "Alternate System"), and Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) business days of receipt of the notice from Seller. If Buyer fails to timely void this Contract, Buyer shall have waived its right to cancel this Contract under this paragraph, and Seller shall install the Alternate System and, at or prior to the Closing, deliver to Buyer such Certificate of Compliance or other evidence of approval of the Alternate System as may be issued by the Administrative Authority. The delivery of said Certificate of Compliance or other evidence of approval shall be a condition precedent to the Closing; or

2. ☐ Buyer agrees that, at its sole cost and expense, Buyer shall take all actions necessary to abandon and replace any and all Cesspools located at or on the Property and replace such Cesspools with a System meeting all the requirements of the Standards or an Alternate System. Buyer shall indemnify and hold Seller harmless for any and all costs, damages, claims, fines, penalties and assessments (including but not limited to reasonable attorneys' and experts' fees) arising from Buyer's violation of this paragraph. This paragraph shall survive the Closing.

(B) If prior to the Closing, either Buyer or Seller becomes aware of any Cesspool at or on the Property that was not disclosed by Seller at or prior to execution of this Contract, the party with knowledge of the newly identified Cesspool shall promptly, but in no event later than three (3) business days after receipt of such knowledge, advise the other party of the newly identified Cesspool in writing. In such event, the parties in good faith shall agree, no later than seven (7) business days after sending or receiving the written notice of the newly identified Cesspool, or the day preceding the scheduled Closing, whichever is sooner, to proceed pursuant to subsection (A) 1 or 2 above or such other agreement as satisfies the Standards, or either party may terminate this Contract.

## 16. INSPECTION CONTINGENCY CLAUSE:
**(A) Responsibilities of Home Ownership.**
Buyer and Seller acknowledge and agree that, because the purchase of a home is one of the most significant investments a person can make in a lifetime, all aspects of this transaction require considerable analysis and investigation by Buyer before closing title to the Property. While Brokers and salespersons who are involved in this transaction are trained as licensees under the New Jersey Licensing Act they readily acknowledge that they have had no special training or experience with respect to the complexities pertaining to the multitude of structural, topographical and environmental components of this Property. For example, and not by way of limitation, Brokers and salespersons have no special training, knowledge or experience with regard to discovering and/or evaluating physical defects, including structural defects, roof, basement, mechanical equipment, such as heating, air conditioning, and electrical systems, sewage, plumbing, exterior drainage, termite, and other types of insect infestation or damage caused by such infestation. Moreover, Brokers and salespersons similarly have no special training, knowledge or experience with regard to evaluation of possible environmental conditions which might affect the Property pertaining to the dwelling, such as the existence of radon gas, formaldehyde gas, airborne asbestos fibers, toxic chemicals, underground storage tanks, lead, mold or other pollutants in the soil, air or water.

**(B) Radon Testing, Reports and Mitigation.**
**(Radon is a radioactive gas which results from the natural breakdown of uranium in soil, rock and water. It has been found in homes all over the United States and is a carcinogen. For more information on radon, go to www.epa.gov/radon and www.nj.gov/dep/rpp/radon/ or call the NJ Radon Hot Line at 800-648-0394 or 609-984-5425.)**

If the Property has been tested for radon prior to the date of this Contract, Seller agrees to provide to Buyer, at the time of the execution of this Contract, a copy of the result of the radon test(s) and evidence of any subsequent radon mitigation or treatment of the Property. In any event, Buyer shall have the right to conduct a radon inspection/test as provided and subject to the conditions set forth in paragraph (D) below. If any test results furnished or obtained by Buyer indicate a concentration level of 4 picocuries per liter (4.0 pCi/L) or more in the subject dwelling, Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) business days of the receipt of any such report. For the purposes of this Section 16, Seller and Buyer agree that, in the event a radon gas concentration level in the subject dwelling is determined to be less than 4 picocuries per liter (4.0 pCi/L) without any remediation, such level of radon gas concentration shall be deemed to be an acceptable level ("Acceptable Level") for the purposes of this Contract. Under those circumstances, Seller shall be under no obligation to remediate, and this contingency clause as it relates to radon shall be deemed fully satisfied.

If Buyer's qualified inspector reports that the radon gas concentration level in the subject dwelling is four picocuries per liter (4.0 pCi/L) or more, Seller shall have a seven (7) business day period after receipt of such report to notify Buyer in writing that Seller agrees to remediate the gas concentration to an Acceptable Level (unless Buyer has voided this Contract as provided in the preceding paragraph). Upon such remediation, the contingency in this Contract which relates to radon shall be deemed fully satisfied. If Seller fails to notify Buyer of Seller's agreement to so remediate, such failure to so notify shall be deemed to be a refusal by Seller to remediate the radon level to an Acceptable Level, and Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) calendar days thereafter. If Buyer fails to void this Contract within the seven (7) business day period, Buyer shall have waived Buyer's right to cancel this Contract and this Contract shall remain in full force and effect, and Seller shall be under no obligation to remediate the radon gas concentration. If Seller agrees to remediate the radon to an Acceptable Level, such remediation and associated testing shall be completed by Seller prior to the Closing.

Buyer's Initials: SB BL    Seller's Initials: PJC

**(C) Infestation and/or Damage By Wood Boring Insects.**

Buyer shall have the right to have the Property inspected by a licensed exterminating company of Buyer's choice, for the purpose of determining if the Property is free from infestation and damage from termites or other wood destroying insects. If Buyer chooses to make this inspection, Buyer shall pay for the inspection unless Buyer's lender prohibits Buyer from paying, in which case Seller shall pay. The inspection must be completed and written reports must be furnished to Seller and Broker(s) within _____(if left blank, then 14) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within _____(if left blank, then 14) calendar days after the parties agree to the terms of this Contract. This report shall state the nature and extent of any infestation and/or damage and the full cost of treatment for any infestation. Seller agrees to treat any infestation and cure any damage at Seller's expense prior to Closing, provided however, if the cost to cure exceeds 1% of the purchase price of the Property, then either party may void this Contract provided they do so within _____ (if left blank, then 7) business days after the report has been delivered to Seller and Brokers. If Buyer and Seller are unable to agree upon who will pay for the cost to cure and neither party timely voids this Contract, then Buyer will be deemed to have waived its right to terminate this Contract and will bear the cost to cure that is over 1% of the purchase price, with Seller bearing the cost that is under 1% of the purchase price.

**(D) Buyer's Right to Inspections.**

Buyer acknowledges that the Property is being sold in an "as is" condition and that this Contract is entered into based upon the knowledge of Buyer as to the value of the land and whatever buildings are upon the Property, and not on any representation made by Seller, Brokers or their agents as to character or quality of the Property. Therefore, Buyer at Buyer's sole cost and expense, is granted the right to have the dwelling and all other aspects of the Property, inspected and evaluated by "qualified inspectors" (as the term is defined in subsection G below) for the purpose of determining the existence of any physical defects or environmental conditions such as outlined above. If Buyer chooses to make inspections referred to in this paragraph, such inspections must be completed, and written reports including a list of repairs Buyer is requesting must be furnished to Seller and Brokers within _____(if left blank, then 14) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within _____(if left blank, then 14) calendar days after the parties agree to the terms of this Contract. If Buyer fails to furnish such written reports to Seller and Brokers within the _____ (if left blank, then 14) calendar days specified in this paragraph, this contingency clause shall be deemed waived by Buyer, and the Property shall be deemed acceptable by Buyer. The time period for furnishing the inspection reports is referred to as the "Inspection Time Period." Seller shall have all utilities in service for inspections.

**(E) Responsibility to Cure.**

If any physical defects or environmental conditions (other than radon or woodboring insects) are reported by the qualified inspectors to Seller within the Inspection Time Period, Seller shall then have seven (7) business days after the receipt of such reports to notify Buyer in writing that Seller shall correct or cure any of the defects set forth in such reports. If Seller fails to notify Buyer of Seller's agreement to so cure and correct, such failure to so notify shall be deemed to be a refusal by Seller to cure or correct such defects. If Seller fails to agree to cure or correct such defects within the seven (7) business day period, or if the environmental condition at the Property (other than radon) is incurable and is of such significance as to unreasonably endanger the health of Buyer, Buyer shall then have the right to void this Contract by notifying Seller in writing within seven (7) business days thereafter. If Buyer fails to void this Contract within the seven (7) business day period, Buyer shall have waived Buyer's right to cancel this Contract and this Contract shall remain in full force, and Seller shall be under no obligation to correct or cure any of the defects set forth in the inspections. If Seller agrees to correct or cure such defects, all such repair work shall be completed by Seller prior to the closing of title. Radon at the Property shall be governed by the provisions of paragraph (B), above.

**(F) Flood Hazard Area (if applicable).**

The federal and state governments have designated certain areas as flood areas. If the Property is located in a flood area, the use of the Property may be limited. If Buyer's inquiry reveals that the Property is in a flood area, Buyer may cancel this Contract within ten (10) calendar days after the attorney-review period is completed or, if this Contract is timely disapproved by an attorney as provided in the Attorney-Review Clause Section of this Contract, then within ten (10) calendar days after the parties agree to the terms of this Contract. If the mortgage lender requires flood insurance, then Buyer shall be responsible for obtaining such insurance on the Property. For a flood policy to be in effect immediately, there must be a loan closing. There is a thirty (30) calendar day wait for flood policies to be in effect for cash transactions. Therefore, cash buyers are advised to make application and make advance payment for a flood policy at least thirty (30) calendar days in advance of closing if they want coverage to be in effect upon transfer of title.

Buyer's mortgage lender may require Buyer to purchase flood insurance in connection with Buyer's purchase of this Property. The National Flood Insurance Program ("NFIP") provides for the availability of flood insurance but also establishes flood insurance policy premiums based on the risk of flooding in the area where properties are located. Due to amendments to federal law governing the NFIP, those premiums are increasing and, in some cases, will rise by a substantial amount over the premiums previously charged for flood insurance for the Property. As a result, Buyer should not rely on the premiums paid for flood insurance on this Property previously as an indication of the premiums that will apply after Buyer completes the purchase. In considering Buyer's purchase of this Property, Buyer is therefore urged to consult with one or more carriers of flood insurance for a better understanding of flood insurance coverage,

Buyer's Initials: SB  BL    Seller's Initials: PJC

02/07/23
4:38 PM PST

dotloop signature verification: dtlp.us/ReeW-l0OZ-3jH9

411 the premiums that are likely to be required to purchase such insurance and any available information about how those premiums may
412 increase in the future.
413
414 **(G) Qualifications of Inspectors.**
415 Where the term "qualified inspectors" is used in this Contract, it is intended to refer to persons or businesses that are licensed or certified
416 by the State of New Jersey for such purpose.
417
418 **(H) Water Quality.**
419 Buyer acknowledges that Seller, the Broker(s) and/or its agent(s) make no representations concerning the quality of the drinking water
420 or any drinking water health advisories issued by federal, state and/or municipal agencies, including but not limited to concerning
421 manufactured chemicals, such as per - and poly- fluoalkyl substances ("PFAS"), or otherwise, at the Property, except as set forth by Seller in
422 the Seller Property Disclosure Statement, if applicable. Buyer has the right and is advised to contact the local water utility, the municipality
423 where the Property is located and/or the New Jersey Department of Environmental Protection to learn more about the drinking water at
424 the Property, as well as testing, monitoring and reducing exposure to contaminants.
425
426 **17. MEGAN'S LAW STATEMENT:**
427 Under New Jersey law, the county prosecutor determines whether and how to provide notice of the presence of convicted sex offenders
428 in an area. In their professional capacity, real estate licensees are not entitled to notification by the county prosecutor under Megan's Law
429 and are unable to obtain such information for you. Upon closing, the county prosecutor may be contacted for such further information
430 as may be disclosable to you.
431
432 **18. MEGAN'S LAW REGISTRY:**
433 Buyer is notified that New Jersey law establishes an Internet Registry of Sex Offenders that may be accessed at www.njsp.org. Neither
434 Seller nor any real estate broker or salesperson make any representation as to the accuracy of the registry.
435
436 **19. NOTIFICATION REGARDING OFF-SITE CONDITIONS: (Applicable to all resale transactions.)**
437 Pursuant to the New Residential Construction Off-Site Conditions Disclosure Act, N.J.S.A. 46:3C-1, et seq., the clerks of municipalities in
438 New Jersey maintain lists of off-site conditions which may affect the value of residential properties in the vicinity of the off-site condition.
439 Buyers may examine the lists and are encouraged to independently investigate the area surrounding this property in order to become
440 familiar with any off-site conditions which may affect the value of the property. In cases where a property is located near the border of a
441 municipality, buyers may wish to also examine the list maintained by the neighboring municipality.
442
443 **20. AIR SAFETY AND ZONING NOTICE:**
444 Any person who sells or transfers a property that is in an airport safety zone as set forth in the New Jersey Air Safety and Zoning Act of
445 1983, N.J.S.A. 6:1-80, et seq., and appearing on a municipal map used for tax purposes, as well as Seller's agent, shall provide notice to
446 a prospective buyer that the property is located in an airport safety zone prior to the signing of the contract of sale. The Air Safety and
447 Zoning Act also requires that each municipality in an airport safety zone enact an ordinance or ordinances incorporating the standards
448 promulgated under the Act and providing for their enforcement within the delineated areas in the municipality. Buyer acknowledges
449 receipt of the following list of airports and the municipalities that may be affected by them and that Buyer has the responsibility to
450 contact the municipal clerk of any affected municipality concerning any ordinance that may affect the Property.

| Municipality | Airport(s) | Municipality | Airport(s) |
|---|---|---|---|
| Alexandria Tp. | Alexandria & Sky Manor | Hopewell Tp. (Mercer Cty.) | Trenton-Mercer County |
| Andover Tp. | Aeroflex-Andover & Newton | Howell Tp. | Monmouth Executive |
| Bedminster Tp. | Somerset | Lacey Tp. | Ocean County |
| Berkeley Tp. | Ocean County | Lakewood Tp. | Lakewood |
| Berlin Bor. | Camden County | Lincoln Park Bor. | Lincoln Park |
| Blairstown Tp. | Blairstown | Lower Tp. | Cape May County |
| Branchburg Tp. | Somerset | Lumberton Tp. | Flying W & South Jersey Regional |
| Buena Bor. (Atlantic Cty.) | Vineland-Downtown | Manalapan Tp. (Monmouth Cty.) | Old Bridge |
| Dennis Tp. | Woodbine Municipal | Mansfield Tp. | Hackettstown |
| Eagleswood Tp. | Eagles Nest | Manville Bor. | Central Jersey Regional |
| Ewing Tp. | Trenton-Mercer County | Medford Tp. | Flying W |
| E. Hanover Tp. | Morristown Municipal | Middle Tp. | Cape May County |
| Florham Park Bor. | Morristown Municipal | Millville | Millville Municipal |
| Franklin Tp. (Gloucester Cty.) | Southern Cross & Vineland Downtown | Monroe Tp. (Gloucester Cty.) | Cross Keys & Southern Cross |
| Franklin Tp. (Hunterdon Cty.) | Sky Manor | Monroe Tp. (Middlesex Cty.) | Old Bridge |
| Franklin Tp. (Somerset Cty.) | Central Jersey Regional | Montgomery Tp. | Princeton |
| Hammonton Bor. | Hammonton Municipal | Ocean City | Ocean City |
| Hanover Tp. | Morristown Municipal | Old Bridge Tp. | Old Bridge |
| Hillsborough Tp. | Central Jersey Regional | Oldmans Tp. | Oldmans |

Buyer's Initials: [SB] [BL]     Seller's Initials: [PJC]
02/07/23
4:38 PM PST

dotloop signature verification: dtlp.us/ReeW-I0OZ-3jH9

| | Municipality | Airport(s) | Municipality | Airport(s) |
|---|---|---|---|---|
| 471 | | | | |
| 472 | Pemberton Tp. | Pemberton | Vineland City | Kroelinger & Vineland Downtown |
| 473 | Pequannock Tp. | Lincoln Park | Wall Tp. | Monmouth Executive |
| 474 | Readington Tp. | Solberg-Hunterdon | Wantage Tp. | Sussex |
| 475 | Rocky Hill Boro. | Princeton | Robbinsville | Trenton-Robbinsville |
| 476 | Southampton Tp. | Red Lion | West Milford Tp. | Greenwood Lake |
| 477 | Springfield Tp. | Red Wing | Winslow Tp. | Camden County |
| 478 | Upper Deerfield Tp. | Bucks | Woodbine Bor. | Woodbine Municipal |

479
480 The following airports are not subject to the Airport Safety and Zoning Act because they are subject to federal regulation or within the
481 jurisdiction of the Port of Authority of New York and New Jersey and therefore are not regulated by New Jersey: Essex County Airport,
482 Linden Airport, Newark Liberty Airport, Teterboro Airport, Little Ferry Seaplane Base, Atlantic City International Airport, and
483 Maguire Airforce Base and NAEC Lakehurst.

484
**21. BULK SALES:**
485
486 The New Jersey Bulk Sales Law, N.J.S.A. 54:50-38, (the "Law") applies to the sale of certain residential property. Under the Law,
487 Buyer may be liable for taxes owed by Seller if the Law applies and Buyer does not deliver to the Director of the New Jersey Division
488 of Taxation (the "Division") a copy of this Contract and a notice on a form required by the Division (the "Tax Form") at least ten
489 (10) business days prior to the Closing. If Buyer decides to deliver the Tax Form to the Division, Seller shall cooperate with Buyer by
490 promptly providing Buyer with any information that Buyer needs to complete and deliver the Tax Form in a timely manner. Buyer
491 promptly shall deliver to Seller a copy of any notice that Buyer receives from the Division in response to the Tax Form.

492
493 The Law does not apply to the sale of a simple dwelling house, or the sale or lease of a seasonal rental property, if Seller is an
494 individual, estate or trust, or any combination thereof, owning the simple dwelling house or seasonal rental property as joint tenants,
495 tenants in common or tenancy by the entirety. A simple dwelling house is a one or two family residential building, or a cooperative or
496 condominium unit used as a residential dwelling, none of which has any commercial property. A seasonal rental property is a time
497 share, or a dwelling unit that is rented for residential purposes for a term of not more than 125 consecutive days, by an owner that has a
498 permanent residence elsewhere.

499
500 If, prior to the Closing, the Division notifies Buyer to withhold an amount (the "Tax Amount") from the purchase price proceeds for
501 possible unpaid tax liabilities of Seller, Buyer's attorney or Buyer's title insurance company (the "Escrow Agent") shall withhold the Tax
502 Amount from the closing proceeds and place that amount in escrow (the "Tax Escrow"). If the Tax Amount exceeds the amount of
503 available closing proceeds, Seller shall bring the deficiency to the Closing and the deficiency shall be added to the Tax Escrow. If the
504 Division directs the Escrow Agent or Buyer to remit funds from the Tax Escrow to the Division or some other entity, the Escrow Agent
505 or Buyer shall do so. The Escrow Agent or Buyer shall only release the Tax Escrow, or the remaining balance thereof, to Seller (or as
506 otherwise directed by the Division) upon receipt of written notice from the Division that it can be released, and that no liability will be
507 asserted under the Law against Buyer.

508
**22. NOTICE TO BUYER CONCERNING INSURANCE:**
509
510 Buyer should obtain appropriate casualty and liability insurance for the Property. Buyer's mortgage lender will require that such insurance
511 be in place at Closing. Occasionally, there are issues and delays in obtaining insurance. Be advised that a "binder" is only a temporary
512 commitment to provide insurance coverage and is not an insurance policy. Buyer is therefore urged to contact a licensed insurance agent
513 or broker to assist Buyer in satisfying Buyer's insurance requirements.

514
**23. MAINTENANCE AND CONDITION OF PROPERTY:**
515
516 Seller agrees to maintain the grounds, buildings and improvements, in good condition, subject to ordinary wear and tear. The premises
517 shall be in "broom clean" condition and free of debris as of the Closing. Seller represents that all electrical, plumbing, heating and air
518 conditioning systems (if applicable), together with all fixtures included within the terms of the Contract now work and shall be in proper
519 working order at the Closing. Seller further states, that to the best of Seller's knowledge, there are currently no leaks or seepage in the
520 roof, walls or basement. Seller does not guarantee the continuing condition of the premises as set forth in this Section after the Closing.

521
**24. RISK OF LOSS:**
522
523 The risk of loss or damage to the Property by fire or otherwise, except ordinary wear and tear, is the responsibility of Seller until the
524 Closing.

525
**25. INITIAL AND FINAL WALK-THROUGHS:**
526
527 In addition to the inspections set forth elsewhere in this Contract, Seller agrees to permit Buyer or Buyer's duly authorized
528 representative to conduct an initial and a final walk-through inspection of the interior and exterior of the Property at any reasonable
529 time before the Closing. Seller shall have all utilities in service for the inspections.

530

Buyer's Initials: [SB] [BL]    Seller's Initials: [PJC]
02/07/23 4:38 PM PST

**26. ADJUSTMENTS AT CLOSING:**

Seller shall pay for the preparation of the Deed, realty transfer fee, lien discharge fees, if any, and one-half of the title company charges for disbursements and attendance allowed by the Commissioner of Insurance; but all searches, title insurance premium and other conveyancing expenses are to be paid for by Buyer.

Seller and Buyer shall make prorated adjustments at Closing for items which have been paid by Seller or are due from Seller, such as real estate taxes, water and sewer charges that could be claims against the Property, rental and security deposits, association and condominium dues, and fuel in Seller's tank. Adjustments of fuel shall be based upon physical inventory and pricing by Seller's supplier. Such determination shall be conclusive.

If Buyer is assuming Seller's mortgage loan, Buyer shall credit Seller for all monies, such as real estate taxes and insurance premiums paid in advance or on deposit with Seller's mortgage lender. Buyer shall receive a credit for monies, which Seller owes to Seller's Mortgage lender, such as current interest or a deficit in the mortgage escrow account.

If the Property is used or enjoyed by not more than four families and the purchase price exceeds $1,000,000, then pursuant to N.J.S.A. 46:15-7.2, Buyer will be solely responsible for payment of the fee due for the transfer of the Property, which is the so-called "Mansion Tax", in the amount of one (1%) percent of the purchase price.

Unless an exemption applies, non-resident individuals, estates, or trusts that sell or transfer real property in New Jersey are required to make an estimated gross income tax payment to the State of New Jersey on the gain from a transfer/sale of real property (the so-called "Exit Tax,") as a condition of the recording of the deed.

If Seller is a foreign person (an individual, corporation or entity that is a non-US resident) under the Foreign Investment in Real Property Tax Act of 1980, as amended ("FIRPTA"), then with a few exceptions, a portion of the proceeds of sale may need to be withheld from Seller and paid to the Internal Revenue Service as an advance payment against Seller's tax liability. Seller agrees that, if applicable, Seller will (a) be solely responsible for payment of any state or federal income tax withholding amount(s) required by law to be paid by Seller (which Buyer may deduct from the purchase price and pay at the Closing); and (b) execute and deliver to Buyer at the Closing any and all forms, affidavits or certifications required under state and federal law to be filed in connection with the amount(s) withheld.

There shall be no adjustment on any Homestead Rebate due or to become due.

**27. FAILURE OF BUYER OR SELLER TO CLOSE:**

If Seller fails to close title to the Property in accordance with this Contract, Buyer then may commence any legal or equitable action to which Buyer may be entitled. If Buyer fails to close title in accordance with this Contract, Seller then may commence an action for damages it has suffered, and, in such case, the deposit monies paid on account of the purchase price shall be applied against such damages. If Buyer or Seller breach this Contract, the breaching party will nevertheless be liable to Brokers for the commissions in the amount set forth in this Contract, as well as reasonable attorneys' fees, costs and such other damages as are determined by the Court. If either Seller or Buyer commence such an action, in addition to any other remedy, the prevailing party will be entitled to reasonable attorneys' fees, costs and such other relief as is determined by the Court.

**28. CONSUMER INFORMATION STATEMENT ACKNOWLEDGMENT:**

By signing below, Seller and Buyer acknowledge they received the Consumer Information Statement on New Jersey Real Estate Relationships from the Broker(s) prior to the first showing of the Property.

**29. DECLARATION OF BROKER(S)'S BUSINESS RELATIONSHIP(S):**

(A) Prime Realty Partners _____, (name of firm) and its authorized representative(s) Ebenezer Arias-Carpio _____

_____
(name(s) of licensee(s))

**ARE OPERATING IN THIS TRANSACTION AS A (indicate one of the following)**
☑ SELLER'S AGENT    ☐ BUYER'S AGENT    ☐ DISCLOSED DUAL AGENT    ☐ TRANSACTION BROKER.

**(B) (If more than one firm is participating, provide the following.) INFORMATION SUPPLIED BY** BHHS Fox & Roach - Washington-Gloucester _____ (name of other firm.) **HAS INDICATED THAT IT IS OPERATING IN THIS TRANSACTION AS A (indicate one of the following)**
☐ SELLER'S AGENT    ☑ BUYER'S AGENT    ☐ TRANSACTION BROKER.

**30. BROKERS' INFORMATION AND COMMISSION:**

The commission, in accord with the previously executed listing agreement, shall be due and payable at the Closing and payment by Buyer of the purchase consideration for the Property. Seller hereby authorizes and instructs whomever is the disbursing agent to pay the full

Buyer's Initials: SB | BE    Seller's Initials: PJC

02/07/23
4:38 PM PST
dotloop verified

591  commission as set forth below to the below-mentioned Brokerage Firm(s) out of the proceeds of sale prior to the payment of any such
592  funds to Seller. Buyer consents to the disbursing agent making said disbursements. The commission shall be paid upon the purchase price
593  set forth in Section 2 and shall include any amounts allocated to, among other things, furniture and fixtures.

594

| | |
|---|---|
| **Prime Realty Partners** | 1972103 |
| Listing Firm | REC License ID |
| | |
| **Ebenezer Carpio-Arias** | 1971607 |
| Listing Agent | REC License ID |

**332 Haddon Ave., Suite 200, Haddon Twp, NJ 08108**
Address

| | | |
|---|---|---|
| **856-210-3000** | | **856-772-7221** |
| Office Telephone | Fax | Agent Cell Phone |
| | | (Per Listing Agreement) |
| **carpiorealty@gmail.com** | **2.5% Of Gross** | |
| E-mail | **Commission due Listing Firm** | |

| | |
|---|---|
| **BHHS Fox & Roach-Washington-Gloucester** | 9702902 |
| Participating Firm | REC License ID |
| | |
| **Bernadette Augello** | 9798228 |
| Participating Agent | REC License ID |

**198 Fries Mill Rd Ste 101 Turnersville, NJ 08012**
Address

| | | |
|---|---|---|
| **856-227-8900** | | **609-929-7500** |
| Office Telephone | Fax | Agent Cell Phone |
| | | |
| **augsels@comcast.net** | **2.5% of Gross** | |
| E-mail | **Commission due Participating Firm** | |

## 31. EQUITABLE LIEN:

Under New Jersey law, brokers who bring the parties together in a real estate transaction are entitled to an equitable lien in the amount of their commission. This lien attaches to the property being sold from when the contract of sale is signed until the closing and then to the funds due to seller at closing, and is not contingent upon the notice provided in this Section. As a result of this lien, the party who disburses the funds at the Closing in this transaction should not release any portion of the commission to any party other than Broker(s) and, if there is a dispute with regard to the commission to be paid, should hold the disputed amount in escrow until the dispute with Broker(s) is resolved and written authorization to release the funds is provided by Broker(s).

## 32. DISCLOSURE THAT BUYER OR SELLER IS A REAL ESTATE LICENSEE: ☐ Applicable    ☑ Not Applicable

A real estate licensee in New Jersey who has an interest as a buyer or seller of real property is required to disclose in the sales contract that the person is a licensee. _____ therefore discloses that he/she is licensed in New Jersey as a real estate ☐ broker ☐ broker-salesperson ☐ salesperson ☐ referral agent.

## 33. BROKERS TO RECEIVE CLOSING DISCLOSURE AND OTHER DOCUMENTS:

Buyer and Seller agree that Broker(s) involved in this transaction will be provided with the Closing Disclosure documents and any amendments to those documents in the same time and manner as the Consumer Financial Protection Bureau requires that those documents be provided to Buyer and Seller. In addition, Buyer and Seller agree that, if one or both of them hire an attorney who disapproves of this Contract as provided in the Attorney-Review Clause Section, then the attorney(s) will notify the Broker(s) in writing when either this Contract is finalized or the parties decide not to proceed with the transaction.

## 34. PROFESSIONAL REFERRALS:

Seller and Buyer may request the names of attorneys, inspectors, engineers, tradespeople or other professionals from their Brokers involved in the transaction. Any names provided by Broker(s) shall not be deemed to be a recommendation or testimony of competency of the person or persons referred. Seller and Buyer shall assume full responsibility for their selection(s) and hold Brokers and/or salespersons harmless for any claim or actions resulting from the work or duties performed by these professionals.

Buyer's Initials: [SB] [BL]    Seller's Initials: [PJC]
02/07/23
4:38 PM PST
dotloop verified

dotloop signature verification: dtlp.us/ReeW-l0OZ-3jH9

**35. ATTORNEY-REVIEW CLAUSE:**

**(1) Study by Attorney.**

Buyer or Seller may choose to have an attorney study this Contract. If an attorney is consulted, the attorney must complete his or her review of the Contract within a three-day period.  This Contract will be legally binding at the end of this three-day period unless an attorney for Buyer or Seller reviews and disapproves of the Contract.

**(2) Counting the Time.**

You count the three days from the date of delivery of the signed Contract to Buyer and Seller.  You do not count Saturdays, Sundays or legal holidays. Buyer and Seller may agree in writing to extend the three-day period for attorney review.

**(3) Notice of Disapproval.**

If an attorney for the Buyer or Seller reviews and disapproves of this Contract, the attorney must notify the Broker(s) and the other party named in this Contract within the three-day period. Otherwise this Contract will be legally binding as written. The attorney must send the notice of disapproval to the Broker(s) by fax, e-mail, personal delivery, or overnight mail with proof of delivery. Notice by overnight mail will be effective upon mailing. The  personal delivery will be effective upon delivery to the Broker's  office. The attorney may also, but need not, inform the Broker(s) of any suggested revision(s) in the Contract that would make it satisfactory.

**36. NOTICES:**

All notices shall be by certified mail, fax, e-mail, recognized overnight courier or electronic document (except for notices under the Attorney-Review Clause Section) or by delivering it personally. The certified letter, e-mail, reputable overnight carrier, fax or electronic document will be effective upon sending.  Notices to Seller and Buyer shall be addressed to the addresses in Section 1, unless otherwise specified in writing by the respective party.

**37. NO ASSIGNMENT:**

This Contract shall not be assigned without the written consent of Seller. This means that Buyer may not transfer to anyone else Buyer's rights under this Contract to purchase the Property.

**38. ELECTRONIC SIGNATURES AND DOCUMENTS:**

Buyer and Seller agree that the New Jersey Uniform Electronic Transaction Act, N.J.S.A. 12A:12-1 to 26, applies to this transaction, including but not limited to the parties and their representatives having the right to use electronic signatures and electronic documents that are created, generated, sent, communicated, received or stored in connection with this transaction. Since Section 11 of the Act provides that acknowledging an electronic signature is not necessary for the signature of such a person where all other information required to be included is attached to or logically associated with the signature or record, such electronic signatures, including but not limited to an electronic signature of one of the parties to this Contract, do not have to be witnessed.

**39. CORPORATE RESOLUTIONS:**

If Buyer or Seller is a corporate or other entity, the person signing below on behalf of the entity represents that all required corporate resolutions have been duly approved and the person has the authority to sign on behalf of the entity.

**40. ENTIRE AGREEMENT; PARTIES LIABLE:**

This Contract contains the entire agreement of the parties. No representations have been made by any of the parties, the Broker(s) or its salespersons, except as set forth in this Contract. This Contract is binding upon all parties who sign it and all who succeed to their rights and responsibilities and only may be amended by an agreement in writing signed by Buyer and Seller.

**41. APPLICABLE LAWS:**

This Contract shall be governed by and construed in accordance with the laws of the State of New Jersey and any lawsuit relating to this Contract or the underlying transaction shall be venued in the State of New Jersey.

**42. ADDENDA:**

The following additional terms are included in the attached addenda or riders and incorporated into this Contract (check if applicable):

- ☐ Buyer's Property Sale Contingency
- ☐ Condominium/Homeowner's Associations
- ☐ Coronavirus
- ☑ FHA/VA Loans
- ☑ Lead Based Paint Disclosure (Pre-1978)
- ☐ New Construction
- ☐ Private Sewage Disposal (Other than Cesspool)
- ☐ Private Well Testing
- ☐ Properties With Three (3) or More Units
- ☐ Seller Concession
- ☐ Short Sale
- ☐ Solar Panel
- ☑ Swimming Pools
- ☐ Underground Fuel Tank(s)

Buyer's Initials: SB  BL

Seller's Initials: PJC  02/07/23 4:38 PM PST

**43. ADDITIONAL CONTRACTUAL PROVISIONS:**

It is understood and agreed that the property is being purchased in "as-is" condition with all of its faults. Buyer understands and agrees that the property may have defects and may need repair work. Buyer may conduct any inspections deemed necessary of which are for informational purposes only.  If the inspections reveals $5,000 in repairs (which said repairs are not related to cosmetic updates or improvements), the buyer has the right to continue or cancel the agreement with their full earnest money deposit returned. Buyer assumes all responsibility for making any repairs and/or improvements as may be required by a lending institution, governmental agency or any other entity in order to affect the sale of the property. Buyer agrees to indemnify and hold harmless the Seller, Seller's Agent(s), their employees, salespeople, officers and/or partners from any damages which may be sustained by Buyer or any party. Furthermore, Seller is neither responsible for nor obligated to provide or perform any certifications or inspections.

It is understood and agreed that the pool and any equipment related to the pool are being sold with the home in AS-IS condition. Buyer may conduct an inspection deemed necessary which is for informational purposes only.

The Buyer is responsible for obtaining the Certificate of Occupancy.

The Seller and Buyers acknowledge that this agreement of sale is subject to bankruptcy court approval.

**WITNESS:**

| | | |
|---|---|---|
| | Stephanie Bellmo DF7D0D601AA34CF... | 02/07/23 \| 3:25 PM EST |
| | BUYER | Date |
| | Bryan Lenny 9D8F5D0F340B4A1... | 02/07/23 \| 5:07 PM EST |
| | BUYER | Date |
| | BUYER | Date |
| | BUYER | Date |
| | Peter J. Collins   dotloop verified 02/07/23 4:38 PM PST KMIF-FOEE-K2QB-QOML | |
| | SELLER | Date |
| | SELLER | Date |
| | SELLER | Date |
| | SELLER | Date |

Buyer's Initials: SB  BL

Seller's Initials: PJC  02/07/23 4:38 PM PST dotloop verified

dotloop signature verification: dtlp.us/ReeW-l0OZ-3jH9
DocuSign Envelope ID: 59B98910-5A8F-4DFB-89EE-648A74EE9FA1

# WIRE FRAUD NOTICE

© 2018 New Jersey REALTORS®

**PROTECT YOURSELF FROM BECOMING A VICTIM OF WIRE FRAUD.** Wire fraud has become very common. It typically involves a criminal hacker sending fraudulent wire transfer instructions in an email to an unsuspecting buyer/tenant or seller/landlord in a real estate transaction that appears as though it is from a trusted source, such as the victim's broker, attorney, appraiser, home inspector or title agent. The email may look exactly like other emails that the victim received in the past from such individuals, including having the same or a similar email address, accurate loan and other financial information, and the logo of one of those individuals. If the hacker is successful, the victim will follow the bogus instructions to wire money, such as deposit money or the payment of an invoice, to the hacker's account. Once this money has been wired, it may not be possible to recover it.

We strongly recommend that, **before** you wire funds to any party, including your own attorney, real estate broker or title agent, you **personally call** them to confirm the account number and other wire instructions. You only should call them at a number that you have obtained on your own (e.g., from the sales contract, the lease, their website, etc.) and should **not** use any phone number that is in any email - **even if the email appears to be from someone you know**.

If you have any reason to believe that your money was sent to a hacker, you must immediately contact your bank and your local office of the Federal Bureau of Investigation, who can work with other agencies to try to recover your money, to advise them where and when the money was sent. You also should promptly file a complaint with the Internet Crime Center at bec.ic3.gov.

Finally, since much of the information included in such fraudulent emails is obtained from email accounts that are not secure, we strongly recommend that you not provide any sensitive personal or financial information in an email or an attachment to an email. Whenever possible, such information, including Social Security numbers, bank account and credit card numbers and wiring instructions, should be sent by more secure means, such as by hand delivery, over the phone, or through secure mail or overnight services.

**By signing below, you indicate that you have read and understand the contents of this Notice:**

**Seller/Landlord:** _Peter J. Collins_  
dotloop verified 01/23/23 11:02 AM EST IJCK-0HRX-KRNS-0QKX  
**Date:** 01/23/2023

**Seller/Landlord:** _____  **Date:** _____

**Buyer/Tenant:** Stephanie Bellmo  
DocuSigned by: DF7D0D601AA34CF...  
**Date:** 02/07/23 | 3:25 PM EST

**Buyer/Tenant:** Bryan Kenny  
DocuSigned by: 9O8F5D0F340B4A1...  
**Date:** 02/07/23 | 5:07 PM EST



dotloop signature verification: dtlp.us/ReeW-l0OZ-3jH9t
DocuSign Envelope ID: 59B389J0-5A8F-4DFB-89EE-648A74EE9EA1

**DISCLOSURE OF INFORMATION AND ACKNOWLEDGMENT ABOUT**
**LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARDS**

NEW JERSEY REALTORS®

1   **I. LEAD PAINT WARNING**

2      Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified
3   that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead
4   poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced
5   intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women.
6   The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint
7   hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards.
8   A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.

9

10  **II. PROPERTY ADDRESS:** 44 Bridge Dr, Turnersville, NJ 08012-2334

11

12

13  **III. SELLER'S DISCLOSURE** (initial) (**To be completed and signed at time of listing**)

14  (a) Presence of lead-based paint and/or lead-based paint hazards (check one below):
15      ☐ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain):
16

17

18

19      ☑ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

20

21  (b) Records and Reports available to the seller (check one below):
22      ☑ Seller has no reports or records pertaining to lead-based paint and/or lead-based hazards in the housing.
23      ☐ Seller has the following reports or records pertaining to lead-based paint and/or lead-based paint hazards in
24      the housing, all of which seller has provided to its listing agent, and has directed its listing agent to provide
25      purchaser or purchaser's agent with these records and reports **prior to seller accepting any offer to pur-**
26      **chase** (list documents below):

27

28

29

30  (c) **If there is any change in the above information prior to seller accepting an offer from the purchas-**
31  **er to purchase, seller will disclose all changes to the purchaser prior to accepting the offer.**

32

33  **IV. SELLER'S CERTIFICATION OF ACCURACY**

34      Seller(s) have reviewed the Seller's Disclosure in Section III and certify, to the best of his/her/their knowledge, that the
35      information they have provided is true and accurate.

36

37  Seller _____ Date 01/23/2023      Seller _____ Date _____

38       *Peter J. Collins*       dotloop verified
                                   01/23/23 11:10 AM EST
                                   M88G-O88X-AZMH-52ZY

39  Seller _____ Date _____      Seller _____ Date _____

40

41  **V. LISTING AGENT'S CERTIFICATION OF ACCURACY**

42      Listing Agent certifies that he/she has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of
43  his/her responsibility to ensure compliance.

44

45  Listing Agent *Ebenezer Carpio-Arias*                    dotloop verified      Date 01/23/2023
                                                             01/23/23 10:30 AM EST
                                                             Z1XG-RESV-PVD9-YSHJ

46

47  **VI. PURCHASER'S ACKNOWLEDGMENT** (initial) (**The Seller's Disclosure in Section III and Certification in Section**
48  **IV and the Listing Agent's Certification in Section V to be completed and signed prior to purchaser signing this**
49  **Disclosure.**)

50  (a) Purchaser has received copies of all information listed in Section III above.
51

52  (b) Purchaser has received the pamphlet Protect Your Family From Lead in Your Home.

53

54

55

56


REALTOR®


EQUAL HOUSING
OPPORTUNITY

| 57 | [DS SB] [DS BL] |
| 58 | (c) Purchaser has (check one below): |
| 59 | ☑ Received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or |

(c) Purchaser has (check one below):

☑ Received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

☐ Waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

## VII.  PURCHASER'S CERTIFICATION OF ACCURACY

Purchaser(s) have reviewed the Purchaser's Acknowledgment in Section VI and certify, to the best of his/her/their knowledge, that the information they have provided is true and accurate.

Purchaser _____ Date 02/07/23 | 3:25 PM EST    Purchaser _____ Date 02/07/23 | 5:07 PM EST

*Stephanie Bellmo*                                              *Brian Berry*
D5D206614A34CE...                                              5B3C88F4A432446...

Purchaser _____ Date _____    Purchaser _____ Date _____

## VIII.  SELLING/BUYER'S AGENT'S CERTIFICATION OF ACCURACY

Selling/Buyer's  Agent certifies that the purchaser has received the information in section VI (a) and  (b).

Selling/Buyer's Agent  *Bernadette Argello*  Date 02/07/23 | 2:42 PM EST
5B3C88F4A432446...

New Jersey Realtors® Lead Paint Disclosure 8/16 Page 2 of 2

dotloop signature verification: dtlp.us/ReeW-I0OZ-3jH9
DocuSign Envelope ID: 59B4891D-5A8F-4DFB-89EE-648A74EE9EA1



**NEW JERSEY REALTORS®**

## ADDENDUM REGARDING FHA/VA LOANS

©2016 NEW JERSEY REALTORS®, INC.

1  **This Addendum is attached to and made a part of the New Jersey Realtors® Standard Form of Real Estate Sales Contract,**
2  **Form 118 (the "Contract"). If this Addendum conflicts with the Contract, then this Addendum shall control.**
3
4  If Buyer is applying for a VA guaranteed mortgage loan or an FHA insured mortgage loan, then the FHA/VA form of Amendatory
5  Clause and Certifications is attached, except that, if Buyer's lender requires a different form, then Buyer and Seller agree to execute and
6  deliver that form.
7
8
9
10
11
12
13
14
15  **WITNESS:**
16
17  _Stephanie Bellms_                    02/07/23 | 3:25 PM EST
18  DF7D0D601AA34CF...        BUYER                        Date
19
20  _Bryan Lenny_                          02/07/23 | 5:07 PM EST
21  9D8F5D0F340B4A1...        BUYER                        Date
22
23
24                                        BUYER                        Date
25
26
27                                        BUYER                        Date
28
29  _Peter J. Collins_        dotloop verified
                              02/07/23 4:38 PM PST
                              8AJG-FGVT-B2QD-2BTP
30                                        SELLER                       Date
31
32
33                                        SELLER                       Date
34
35
36                                        SELLER                       Date
37
38
39                                        SELLER                       Date
40
41
42
43
44
45
46
47
48
49
50
51
52
53
54
55
56





dotloop signature verification: dtlp.us/ReeW-I0OZ-3jH9

# FHA/VA Amendatory Clause and Certifications

**Date:** 02/06/2023

**Purchaser(s) Name(s):** Bryan Kenny and Stephanie Bellomo

**Property Address:** 44 Bridge Dr, Turnersville, NJ 08012-2334

IT IS EXPRESSLY AGREED THAT, NOTWITHSTANDING ANY OTHER PROVISIONS OF THIS CONTRACT, THE PURCHASER SHALL NOT BE OBLIGATED TO COMPLETE THE PURCHASE OF THE PROPERTY DESCRIBED HEREIN OR TO INCUR ANY PENALTY BY FORFEITURE OF EARNEST MONEY DEPOSITS OR OTHERWISE UNLESS THE PURCHASER HAS BEEN GIVEN IN ACCORDANCE WITH HUD/FHA OR VA REQUIREMENTS A WRITTEN STATEMENT ISSUED BY THE FEDERAL HOUSING COMMISSIONER, DEPARTMENT OF VETERANS AFFAIRS, OR A DIRECT ENDORSEMENT LENDER, SETTING FORTH THE APPRAISED VALUE OF THE PROPERTY OF NOT LESS THAN $ 360,000 .

THE PURCHASER SHALL HAVE THE PRIVILEGE AND OPTION OF PROCEEDING WITH CONSUMMATION OF THE CONTRACT WITHOUT REGARD TO THE AMOUNT OF THE APPRAISED VALUATION. THE APPRAISED VALUATION IS ARRIVED AT TO DETERMINE THE MAXIMUM MORTGAGE THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT WILL INSURE. HUD DOES NOT WARRANT THE VALUE OR THE CONDITION OF THE PROPERTY. THE PURCHASER SHOULD SATISFY HIMSELF/HERSELF THAT THE PRICE AND CONDITION OF THE PROPERTY ARE ACCEPTABLE.

**Certification of Borrower, Seller, Agent:**

We, the undersigned seller(s), borrowers(s) and real estate agent(s)/broker(s) involved in this loan transaction do certify that the terms of the sales contract are true to the best of our knowledge and belief. All agreements entered into by any of the following parties are fully disclosed and attached to the sales contract.



| Purchaser | 02/07/23 \| 3:25 PM EST Date | Seller | Peter J. Collins | dotloop verified 02/07/23 4:38 PM PST XVT0-CP12-TPQX-D5U5 Date |
| Purchaser | 02/07/23 \| 5:07 PM EST Date | Seller | | Date |
| Real Estate Agent/Broker | 02/07/23 \| 2:42 PM EST Date | Real Estate Agent/Broker | Ebenezer Carpio-Arias | dotloop verified 02/07/23 8:04 PM EST 5P5Z-0HUI-VPYF-MR1T Date |

**Warning:** It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010. This form is required by HUD Handbook 4155.1 Rev-4 paragraph 1-22 for Sales Agreements intended to be financed by an FHA-Insured Mortgage and by VA Lender's Handbook Section 36.4303(j) for Sales Agreements intended to be financed by a VA-guaranteed Mortgage.

**October 2013**

dotloop signature verification: dtlp.us/ReeW-l0OZ-3jH9
DocuSign Envelope ID: 59B98910-5A8F-4DFB-80EE-648A74EE9EA1

![New Jersey Realtors logo]

**ADDENDUM REGARDING SWIMMING POOLS**

©2018 NEW JERSEY REALTORS®

1  This Addendum is attached to and made a part of the New Jersey REALTORS® Standard Form of Real Estate Sales
2  Contract, Form 118 (the "Contract"). If this Addendum conflicts with the Contract, then this Addendum shall control.
3

4  (A) Buyer and Seller agree that the sale of the Property includes ☑ an in-ground swimming pool, ☐ an above-ground swimming pool,
5  and/or ☐ a spa, and associated heating and/or filtration system(s). Any accessories to the above that are included in the sale are as follows:
6  _____
7  _____
8  _____
9  _____ .
10  Together with all such accessories, the swimming pool(s) and/or spa(s) and filtration system(s) included in this sale shall be referred to
11  collectively as the "Pool."
12

13  (B) Buyer and Seller also agree that the sale of the Property shall be subject to an inspection of the Pool in accordance with the provisions
14  of Section 16 of the Contract by a qualified inspector. Seller makes no representation or warranty as to the condition of the Pool. Buyer
15  agrees to accept the Pool in an as-is condition, meaning the same condition as it is in at the time of the signing of this Contract, except for
16  reasonable wear and tear. Seller shall transfer any and all warranties in and to the Pool to Buyer at Closing. Seller shall provide Buyer with
17  copies of any and all manuals and service and/or repair logs and receipts in Seller's possession regarding the Pool. If Seller constructed
18  or repaired the Pool, or installed or repaired any appurtenance thereto, which necessitated obtaining a permit for such work, Seller shall
19  provide Buyer with a copy of the permit(s) and proof that the permit(s) have been closed.
20
21
22  **WITNESS:**
23

24  _____    *Stephanie Bellina*    02/07/23 | 3:25 PM EST
25                                 ─DF7D0D601AA34C4...    BUYER                       Date
26

27  _____    *Bryan Kenny*    02/07/23 | 5:07 PM EST
28                                 ─9D8F5D0F340B4A1...    BUYER                       Date
29

30  _____    _____
31                                 BUYER                       Date
32

33  _____    _____
34                                 BUYER                       Date
35

36  _____    *Peter J. Collins*    dotloop verified
37                                                       02/07/23 4:38 PM PST
                                                         RLGS-K7VL-4MCT-WO2R
                                 SELLER                       Date
38

39  _____    _____
40                                 SELLER                       Date
41

42  _____    _____
43                                 SELLER                       Date
44

45  _____    _____
46                                 SELLER                       Date
47
48
49
50
51
52
53
54
55
56

NJ REALTORS® Addendum Regarding Swimming Pools 10/2019  Page 1 of 1




dotloop signature verification: dtlp.us/ReeW-l0OZ-3jH9
DocuSign Envelope ID: 59B8891D-5A8F-4DFB-89EE-649A74EE8EA1



# SELLER'S PROPERTY CONDITION DISCLOSURE STATEMENT

© 2018, New Jersey REALTORS®

**Property Address:** 44 Bridge Dr, Turnersville, NJ 08012

**Seller:** Peter J Collins

The purpose of this Disclosure Statement is to disclose, to the best of Seller's knowledge, the condition of the Property, as of the date set forth below. The Seller is aware that he or she is under an obligation to disclose any known material defects in the Property even if not addressed in this printed form. Seller alone is the source of all information contained in this form. All prospective buyers of the Property are cautioned to carefully inspect the Property and to carefully inspect the surrounding area for any off-site conditions that may adversely affect the Property. Moreover, this Disclosure Statement is not intended to be a substitute for prospective buyer's hiring of qualified experts to inspect the Property.

If your property consists of multiple units, systems and/or features, please provide complete answers on all such units, systems and/or features even if the question is phrased in the singular, such as if a duplex has multiple furnaces, water heaters and fireplaces.

## OCCUPANCY

| Yes | No | Unknown | |
|-----|-----|---------|---|
| | | ☐ | 1. Age of House, if known _____ |
| ☐ | ☐ | | 2. Does the Seller currently occupy this property? |
| | | | If not, how long has it been since Seller occupied the property? _____ |
| | | | 3. What year did the seller buy the property? _____ |
| ☐ | ☐ | | 3a. Do you have in your possession the original or a copy of the deed evidencing your ownership of the property? If "yes," please attach a copy of it to this form. |

## ROOF

| Yes | No | Unknown | |
|-----|-----|---------|---|
| | | ☐ | 4. Age of roof _____ |
| ☐ | ☐ | | 5. Has roof been replaced or repaired since seller bought the property? |
| ☐ | ☐ | | 6. Are you aware of any roof leaks? |
| | | | 7. Explain any "yes" answers that you give in this section: _____ |

## ATTIC, BASEMENTS AND CRAWL SPACES (Complete only if applicable)

| Yes | No | Unknown | |
|-----|-----|---------|---|
| ☐ | ☐ | | 8. Does the property have one or more sump pumps? |
| ☐ | ☐ | | 8a. Are there any problems with the operation of any sump pump? |
| ☐ | ☐ | | 9. Are you aware of any water leakage, accumulation or dampness within the basement or crawl spaces or any other areas within any of the structures on the property? |
| ☐ | ☐ | | 9a. Are you aware of the presence of any mold or similar natural substance within the basement or crawl spaces or any other areas within any of the structures on the property? |
| ☐ | ☐ | | 10. Are you aware of any repairs or other attempts to control any water or dampness problem in the basement or crawl space? If "yes," describe the location, nature and date of the repairs: _____ |
| ☐ | ☐ | | 11. Are you aware of any cracks or bulges in the basement floor or foundation walls? If "yes," specify location. |



dotloop signature verification: dtlp.us/ReeW-l0OZ-3jH9
DocuSign Envelope ID: 59B8901D-5A8F-4DFB-80EE-648A74EEFEA1

51  ☐  ☐  12. Are you aware of any restrictions on how the attic may be used as a result of the manner in which
52  the attic or roof was constructed?
53  ☐  ☐  13. Is the attic or house ventilated by:   ☐ a whole house fan?  ☐ an attic fan?
54  ☐  ☐  13a.  Are you aware of any problems with the operation of such a fan?
55  14. In what manner is access to the attic space provided?
56  ☐ staircase  ☐ pull down stairs  ☐ crawl space with aid of ladder or other device
57  ☐ other
58  15. Explain any "yes" answers that you give in this section:
59  _____
60  _____
61

## TERMITES/WOOD DESTROYING INSECTS, DRY ROT, PESTS

63  Yes  No  Unknown
64  ☐  ☐  16. Are you aware of any termites/wood destroying insects, dry rot, or pests affecting the property?
65  ☐  ☐  17. Are you aware of any damage to the property caused by termites/wood destroying insects, dry rot,
66  or pests?
67  ☐  ☐  18. If "yes," has work been performed to repair the damage?
68  ☐  ☐  19. Is your property under contract by a licensed pest control company? If "yes," state the name and
69  address of the licensed pest control company:  _____
70
71  ☐  ☐  20. Are you aware of any termite/pest control inspections or treatments performed on the property in
72  the past?
73  21.  Explain any "yes" answers that you give in this section:
74  _____
75  _____
76

## STRUCTURAL ITEMS

78  Yes  No  Unknown
79  ☐  ☐  22. Are you aware of any movement, shifting, or other  problems with walls, floors, or foundations,
80  including any restrictions on how any space, other than the attic or roof, may be used as a result of
81  the manner in which it was constructed?
82  ☐  ☐  23. Are you aware if the property or any of the structures on it have ever been damaged by fire, smoke,
83  wind or flood?
84  ☐  ☐  24. Are you aware of any fire retardant plywood used in the construction?
85  ☐  ☐  25. Are you aware of any current or past problems with driveways, walkways, patios, sinkholes, or
86  retaining walls on the property?
87  ☐  ☐  26. Are you aware of any present or past efforts  made to repair any problems with the items in this
88  section?
89  27. Explain any "yes" answers that you give in this section. Please describe the location and nature of the
90  problem.
91  _____
92  _____
93

## ADDITIONS/REMODELS

95  Yes  No  Unknown
96  ☐  ☐  28. Are you aware of any additions, structural changes or other alterations to the structures on the
97  property made by any present or past owners?
98  ☐  ☐  ☐  29. Were the proper building permits and approvals obtained? Explain any "yes" answers you give in this
99  section:
100  _____
101  _____
102

## PLUMBING, WATER AND SEWAGE

104  Yes  No  Unknown
105  30. What is the source of your drinking water?
106  ☐ Public ☐ Community System ☐ Well on Property ☐ Other (explain)_____
107  ☐  ☐  31. If your drinking water source is not public, have you performed any tests on the water?
108  If so, when? _____
109  Attach a copy of or describe the results. _____
110

dotloop signature verification: dtlp.us/ReeW-l0OZ-3jH9
DocuSign Envelope ID: 59B3891D-5A8E-4DFB-89EE-648A74EE8EA1

| 111 | ☐ | ☐ | ☐ | 32. Does the wastewater from any clothes washer, dishwasher, or other appliance discharge to any |
| 112 | | | | location other than the sewer, septic, or other system that services the rest of the property? |
| 113 | | | ☐ | 33. When was well installed? _____ |
| 114 | | | ☐ | Location of well? _____ |
| 115 | ☐ | ☐ | | 34. Do you have a softener, filter, or other water purification system? ☐Leased ☐Owned |
| 116 | | | | 35. What is the type of sewage system? |
| 117 | | | | ☐Public Sewer ☐Private Sewer ☐Septic System ☐Cesspool ☐Other (explain): _____ |
| 118 | ☐ | ☐ | | 36. If you answered "septic system," have you ever had the system inspected to confirm that it is a true |
| 119 | | | | septic system and not a cesspool? |
| 120 | | | ☐ | 37. If Septic System, when was it installed? _____ |
| 121 | | | | Location? _____ |
| 122 | | | ☐ | 38. When was the Septic System or Cesspool last cleaned and/or serviced? _____ |
| 123 | ☐ | ☐ | ☐ | 39. Are you aware of any abandoned Septic Systems or Cesspools on your property? |
| 124 | ☐ | ☐ | | 39a. If "yes," is the closure in accordance with the municipality's ordinance? (explain): |
| 125 | | | | |
| 126 | ☐ | ☐ | | 40. Are you aware of any leaks, backups, or other problems relating to any of the plumbing systems and |
| 127 | | | | fixtures (including pipes, sinks, tubs and showers), or of any other water or sewage related problems? |
| 128 | | | | If "yes," explain: _____ |
| 129 | | | | |
| 130 | ☐ | ☐ | | 41. Are you aware of any shut off, disconnected, or abandoned wells, underground water or sewage |
| 131 | | | | tanks, or dry wells on the property? |
| 132 | ☐ | ☐ | | 42. Is either the private water or sewage system shared? If "yes," explain: _____ |
| 133 | | | | |
| 134 | | | | 43. Water Heater: ☐Electric ☐Fuel Oil ☐Gas |
| 135 | | | ☐ | Age of Water Heater _____ |
| 136 | ☐ | ☐ | | 43a. Are you aware of any problems with the water heater? |
| 137 | | | | 44. Explain any "yes" answers that you give in this section: |
| 138 | | | | _____ |
| 139 | | | | _____ |
| 140 | | | | |

**HEATING AND AIR CONDITIONING**

| 141 | | | | |
| 142 | Yes | No | Unknown | |
| 143 | | | | 45. Type of Air Conditioning: |
| 144 | | | | ☐Central one zone ☐Central multiple zone ☐Wall/Window Unit ☐None |
| 145 | | | | 46. List any areas of the house that are not air conditioned: |
| 146 | | | | _____ |
| 147 | | | ☐ | 47. What is the age of Air Conditioning System? _____ |
| 148 | | | | 48. Type of heat: ☐Electric ☐Fuel Oil ☐Natural Gas ☐Propane ☐Unheated ☐Other |
| 149 | | | | 49. What is the type of heating system? (for example, forced air, hot water or base board, radiator, steam |
| 150 | | | | heat) _____ |
| 151 | | | | 50. If it is a centralized heating system, is it one zone or multiple zones? |
| 152 | | | | |
| 153 | | | ☐ | 51. Age of furnace _____ Date of last service: _____ |
| 154 | | | | 52. List any areas of the house that are not heated: |
| 155 | | | | _____ |
| 156 | ☐ | ☐ | | 53. Are you aware of any tanks on the property, either above or underground, used to store fuel or other |
| 157 | | | | substances? |
| 158 | ☐ | ☐ | | 54. If tank is not in use, do you have a closure certificate? |
| 159 | ☐ | ☐ | | 55. Are you aware of any problems with any items in this section? If "yes," explain: |
| 160 | | | | _____ |
| 161 | | | | |

**WOODBURNING STOVE OR FIREPLACE**

| 162 | | | | |
| 163 | Yes | No | Unknown | |
| 164 | ☐ | ☐ | | 56. Do you have ☐wood burning stove? ☐fireplace? ☐insert? ☐other |
| 165 | ☐ | ☐ | | 56a. Is it presently usable? |
| 166 | ☐ | ☐ | ☐ | 57. If you have a fireplace, when was the flue last cleaned? _____ |
| 167 | ☐ | ☐ | ☐ | 57a. Was the flue cleaned by a professional or non-professional? _____ |
| 168 | ☐ | ☐ | ☐ | 58. Have you obtained any required permits for any such item? |
| 169 | ☐ | ☐ | | 59. Are you aware of any problems with any of these items? If "yes," please explain: _____ |
| 170 | | | | _____ |

## ELECTRICAL SYSTEM

|  | Yes | No | Unknown | |
|---|---|---|---|---|
| 173 | | | | 60. What type of wiring is in this structure? ☐Copper ☐Aluminum ☐Other ☐Unknown |
| 174 | | | | 61. What amp service does the property have? ☐60 ☐100 ☐150 ☐200 ☐Other ☐Unknown |
| 175 | ☐ | ☐ | ☐ | 62. Does it have 240 volt service? Which are present ☐Circuit Breakers, ☐Fuses or ☐Both? |
| 176 | ☐ | ☐ | | 63. Are you aware of any additions to the original service? |
| 177 | | | |    If "yes," were the additions done by a licensed electrician? Name and address: |

_____

_____

| 180 | ☐ | ☐ | ☐ | 64. If "yes," were proper building permits and approvals obtained? |
| 181 | ☐ | ☐ | | 65. Are you aware of any wall switches, light fixtures or electrical outlets in need of repair? |
| 182 | | | | 66. Explain any "yes" answers you give in this section: |

_____

_____

## LAND (SOILS, DRAINAGE AND BOUNDARIES)

|  | Yes | No | Unknown | |
|---|---|---|---|---|
| 188 | ☐ | ☐ | | 67. Are you aware of any fill or expansive soil on the property? |
| 189 | ☐ | ☐ | | 68. Are you aware of any past or present mining operations in the area in which the property is located? |
| 190 | ☐ | ☐ | | 69. Is the property located in a flood hazard zone? |
| 191 | ☐ | ☐ | | 70. Are you aware of any drainage or flood problems affecting the property? |
| 192 | ☐ | ☐ | ☐ | 71. Are there any areas on the property which are designated as protected wetlands? |
| 193 | ☐ | ☐ | | 72. Are you aware of any encroachments, utility easements, boundary line disputes, or drainage or |
| 194 | | | |    other easements affecting the property? |
| 195 | ☐ | ☐ | | 73. Are there any water retention basins on the property or the adjacent properties? |
| 196 | ☐ | ☐ | | 74. Are you aware if any part of the property is being claimed by the State of New Jersey as land |
| 197 | | | |    presently or formerly covered by tidal water (Riparian claim or lease grant)? Explain: |

_____

_____

| 200 | ☐ | ☐ | | 75. Are you aware of any shared or common areas (for example, driveways, bridges, docks, walls, |
| 201 | | | |    bulkheads, etc.) or maintenance agreements regarding the property? |
| 202 | | | | 76. Explain any "yes" answers to the preceding questions in this section: |

_____

_____

| 205 | ☐ | ☐ | | 77. Do you have a survey of the property? |

## ENVIRONMENTAL HAZARDS

|  | Yes | No | Unknown | |
|---|---|---|---|---|
| 209 | ☐ | ☐ | | 78. Have you received any written notification from any public agency or private concern informing you that |
| 210 | | | |    the property is adversely affected, or may be adversely affected, by a condition that exists on a property in |
| 211 | | | |    the vicinity of this property? If "yes," attach a copy of any such notice currently in your possession. |
| 212 | ☐ | ☐ | | 78a. Are you aware of any condition that exists on any property in the vicinity which adversely affects, |
| 213 | | | |    or has been identified as possibly adversely affecting, the quality or safety of the air, soil, water, and/ |
| 214 | | | |    or physical structures present on this property? If "yes," explain: |

_____

| 217 | ☐ | ☐ | | 79. Are you aware of any underground storage tanks (UST) or toxic substances now or previously |
| 218 | | | |    present on this property or adjacent property (structure or soil), such as polychlorinated biphenyl |
| 219 | | | |    (PCB), solvents, hydraulic fluid, petro-chemicals, hazardous wastes, pesticides, chromium, thorium, |
| 220 | | | |    lead or other hazardous substances in the soil? If "yes," explain: |

_____

_____

| 223 | ☐ | ☐ | | 80. Are you aware if any underground storage tank has been tested? |
| 224 | | | |    (Attach a copy of each test report or closure certificate if available). |
| 225 | ☐ | ☐ | ☐ | 81. Are you aware if the property has been tested for the presence of any other toxic substances, such |
| 226 | | | |    as lead-based paint, urea-formaldehyde foam insulation, asbestos-containing materials, or others? |
| 227 | | | |    (Attach copy of each test report if available). |
| 228 | | | | 82. If "yes" to any of the above, explain: |

_____

_____

231  ☐ ☐    82a. If "yes" to any of the above, were any actions taken to correct the problem? Explain:
232
233 _____
234  ☐ ☐ ☐   83. Is the property in a designated Airport Safety Zone?
235

**DEED RESTRICTIONS, SPECIAL DESIGNATIONS, HOMEOWNERS ASSOCIATION/CONDOMINIUMS**
236
237 **AND CO-OPS**
238  Yes  No   Unknown
239  ☐ ☐    84. Are you aware if the property is subject to any deed restrictions or other limitations on how it may
240            be used due to its being situated within a designated historic district, or a protected area like the
241            New Jersey Pinelands, or its being subject to similar legal authorities other than typical local zoning
242            ordinances?
243  ☐ ☐    85. Is the property part of a condominium or other common interest ownership plan?
244  ☐ ☐    85a. If so, is the property subject to any covenants, conditions, or restrictions as a result of its being part
245            of a condominium or other form of common interest ownership?
246  ☐ ☐    86. As the owner of the property, are you required to belong to a condominium association or homeowners
247            association, or other similar organization or property owners?
248  ☐ ☐    86a. If so, what is the Association's name and telephone number?
249 _____
250  ☐ ☐ ☐   86b. If so, are there any dues or assessments involved?
251            If "yes," how much? _____
252  ☐ ☐    87. Are you aware of any defect, damage, or problem with any common elements or common areas that
253            materially affects the property?
254  ☐ ☐    88. Are you aware of any condition or claim which may result in an increase in assessments or fees?
255  ☐ ☐ ☐   89. Since you purchased the property, have there been any changes to the rules or by-laws of the
256            Association that impact the property?
257        90. Explain any "yes" answers you give in this section:
258
259 _____
260

261 **MISCELLANEOUS**
262  Yes  No   Unknown
263  ☐ ☐    91. Are you aware of any existing or threatened legal action affecting the property or any condominium
264            or homeowners association to which you, as an owner, belong?
265  ☐ ☐    92. Are you aware of any violations of Federal, State or local laws or regulations relating to this property?
266  ☐ ☐    93. Are you aware of any zoning violations, encroachments on adjacent properties, non-conforming
267            uses, or set-back violations relating to this property? If so, please state whether the condition is pre-
268            existing non-conformance to present day zoning or a violation to zoning and/or land use laws.
269
270 _____
271  ☐ ☐    94. Are you aware of any public improvement, condominium or homeowner association assessments
272            against the property that remain unpaid? Are you aware of any violations of zoning, housing,
273            building, safety or fire ordinances that remain uncorrected?
274  ☐ ☐ ☐   95. Are there mortgages, encumbrances or liens on this property?
275  ☐ ☐    95a. Are you aware of any reason, including a defect in title, that would prevent you from conveying
276            clear title?
277  ☐ ☐    96. Are you aware of any material defects to the property, dwelling, or fixtures which are not disclosed
278            elsewhere on this form? (A defect is "material," if a reasonable person would attach importance
279            to its existence or non-existence in deciding whether or how to proceed in the transaction.)
280            If "yes," explain: _____
281
282  ☐ ☐    97. Other than water and sewer charges, utility and cable tv fees, your local property taxes, any special
283            assessments and any association dues or membership fees, are there any other fees that you pay on
284            an ongoing basis with respect to this property, such as garbage collection fees?
285        98. Explain any other "yes" answers you give in this section:
286
287 _____
288
289
290

**RADON GAS** Instructions to Owners

By law (N.J.S.A. 26:2D-73), a property owner who has had his or her property tested or treated for radon gas may require that information about such testing and treatment be kept confidential until the time that the owner and a buyer enter into a contract of sale, at which time a copy of the test results and evidence of any subsequent mitigation or treatment shall be provided to the buyer. The law also provides that owners may waive, in writing, this right of confidentiality. As the owner(s) of this property, do you wish to waive this right?

Yes ☐   No ☐

_____ (Initials)    _____ (Initials)

If you responded "yes," answer the following questions. If you responded "no," proceed to the next section.

Yes   No   Unknown

☐   ☐   99. Are you aware if the property has been tested for radon gas? (Attach a copy of each test report if available.)

☐   ☐   100. Are you aware if the property has been treated in an effort to mitigate the presence of radon gas? (If "yes," attach a copy of any evidence of such mitigation or treatment.)

☐   ☐   101. Is radon remediation equipment now present in the property?
☐   ☐   101a. If "yes," is such equipment in good working order?

**MAJOR APPLIANCES AND OTHER ITEMS**

The terms of any final contract executed by the seller shall be controlling as to what appliances or other items, if any, shall be included in the sale of the property. Which of the following items are present in the property? (For items that are not present, indicate "not applicable.")

Yes   No   Unknown   N/A

☐   ☐      ☐   102. Electric Garage Door Opener
☐   ☐      ☐   102a. If "yes," are they reversible? Number of Transmitters _____
☐   ☐   ☐   ☐   103. Smoke Detectors
                 ☐Battery ☐Electric ☐Both How many _____
                 ☐Carbon Monoxide Detectors  How many _____
                 Location _____

☐   ☐      ☐   104. With regard to the above items, are you aware that any item is not in working order?
               104a. If "yes," identify each item that is not in working order or defective and explain the nature of the problem:
               _____

☐   ☐      ☐   105. ☐In-ground pool ☐Above-ground pool ☐Pool Heater ☐Spa/Hot Tub
☐   ☐   ☐   ☐   105a. Were proper permits and approvals obtained?
☐   ☐      ☐   105b. Are you aware of any leaks or other defects with the filter or the walls or other structural or mechanical components of the pool or spa/hot tub?

☐   ☐      ☐   105c. If an in-ground pool, are you aware of any water seeping behind the walls of the pool?
               106. Indicate which of the following may be included in the sale? (Indicate Y for yes N for no.)
               _____ Refrigerator
               _____ Range
               _____ Microwave Oven
               _____ Dishwasher
               _____ Trash Compactor
               _____ Garbage Disposal
               _____ In-Ground Sprinkler System
               _____ Central Vacuum System
               _____ Security System
               _____ Washer
               _____ Dryer
               _____ Intercom
               _____ Other

☐   ☐   ☐      107. Of those that may be included, is each in working order?
               If "no," identify each item not in working order, explain the nature of the problem:
               _____

NJ REALTORS® | Form 140 | 05/2022  Page 6 of 9

dotloop signature verification: dtlp.us/ReeW-I0OZ-3jH9
DocuSign Envelope ID: 59B8891D-5A8E-4DFB-80EE-648A74EEEA1

351  **SOLAR PANEL SYSTEMS**

352  By completing this section, Seller is acknowledging that the Property is serviced by a Solar Panel System, which means a system of solar
353  panels designed to absorb the sunlight as a source of energy for generating electricity or heating, any and all inverters, net meter, wiring,
354  roof supports and any other equipment pertaining to the Solar Panels (collectively, the "Solar Panel System"). This information may be
355  used, among other purposes, to prepare a Solar Panel Addendum to be affixed to and made a part of a contract of sale for the Property.

357      Yes      No      Unknown

358  □ 108. When was the Solar Panel System Installed? _____
359  □  □  □ 109. Are SRECs available from the Solar Panel System?
360  □ 109a. If SRECs are available, when will the SRECs expire? _____
361  □  □  □ 110. Is there any storage capacity on your Property for the Solar Panel System?
362  □  □ 111. Are you aware of any defects in or damage to any component of the Solar Panel System? If yes,
363      explain: _____

365  **112. Choose one of the following three options:**

366  □ 112a. The Solar Panel System is financed under a power purchase agreement or other type of financing
367      arrangement which requires me/us to make periodic payments to a Solar Panel System provider
368      in order to acquire ownership of the Solar Panel System ("PPA")? If yes, proceed to **Section A**
369      below.
370  □ 112b. The Solar Panel System is the subject of a lease agreement. If yes, proceed to **Section B** below.
371  □ 112c. I/we own the Solar Panel System outright. If yes, you do not have to answer any further questions.

373      SECTION A - THE SOLAR PANEL SYSTEM IS SUBJECT TO A PPA
374  □ 113. What is the current periodic payment amount? $_____
375  □ 114. What is the frequency of the periodic payments (check one)?  □ Monthly □ Quarterly
376  □ 115. What is the expiration date of the PPA, which is when you will become the owner of the Solar Panel
377      System? _____("PPA Expiration Date")
378  □ 116. Is there a balloon payment that will become due on or before the PPA Expiration Date?
379  □ 117. If there is a balloon payment, what is the amount? $_____

381  **118. Choose one of the following three options:**

382  □ 118a. Buyer will assume my/our obligations under the PPA at Closing.
383  □ 118b. I/we will pay off or otherwise obtain cancellation of the PPA as of the Closing so that the Solar
384      Panel System can be included in the sale free and clear.
385  □ 118c. I/we will remove the Solar Panel System from the Property and pay off or otherwise obtain
386      cancellation of the PPA as of the Closing.

388      SECTION B - THE SOLAR PANEL SYSTEM IS SUBJECT TO A LEASE
389  □ 119.  What is the current periodic lease payment amount? $_____
390  □ 120.  What is the frequency of the periodic lease payments (check one)?  □ Monthly □ Quarterly
391  □ 121.  What is the expiration date of the lease? _____

393  **122. Choose one of the following two options:**

394  □ 122a. Buyer will assume our obligations under the lease at Closing.
395  □ 122b. I/we will obtain an early termination of the lease and will remove the Solar Panel System prior to
396      Closing.

398      SECTION C - THE SOLAR PANEL SYSTEM IS SUBJECT TO ENERGY CERTIFICATE(S)
399  □  □  □ 123.  Are Solar Transition Renewable Energy Certificates ("TRECs") available from the Solar Panel
400      System?
401  □ 123a. If TRECs are available, when will the TRECs expire? _____
402  □  □  □ 124.  Are Solar Renewable Energy Certificates IIs ("SREC IIs") available from the Solar Panel System?
403  □ 124a. If SREC IIs are available, when will the SREC IIs expire? _____

406  **LEAD PLUMBING**

407      Yes      No      Unknown

408  □  □  □ 125.  Are you aware of the presence of any lead plumbing, including but not limited to any service line,
409      piping materials, fixtures, and solder. If "yes," explain: _____
410  _____

dotloop signature verification: dtlp.us/ReeW-l0OZ-3jH9
DocuSign Envelope ID: 59B9891D-5A8E-4DFB-80EE-648A74EE9EA1

**WATER INTRUSION**

| Yes | No | Unknown |
|-----|-----|---------|
| ☐ | ☐ | ☐ |

126. Are you aware of any water leakage, accumulation or dampness, the presence of mold or other similar natural substance, or repairs or other attempts to control any water or dampness problem on the property? If yes, please describe the nature of the issue and any attempts to repair or control it: _____

_____

_____

_____

(www.njrealtor.com/mold-guidelines-pamphlet) **and** has the right to request a physical copy of the pamphlet from the real estate broker, broker-salesperson, or salesperson.

**ACKNOWLEDGMENT OF SELLER**

The undersigned Seller affirms that the information set forth in this Disclosure Statement is accurate and complete to the best of Seller's knowledge, but is not a warranty as to the condition of the Property. Seller hereby authorizes the real estate brokerage firm representing or assisting the seller to provide this Disclosure Statement to all prospective buyers of the Property, and to other real estate agents. Seller alone is the source of all information contained in this statement. If the Seller relied upon any credible representations of another, the Seller should state the name(s) of the person(s) who made the representation(s) and describe the information that was relied upon.

_____

_____

_____

| | |
|---|---|
| SELLER | DATE |

| | |
|---|---|
| SELLER | DATE |

| | |
|---|---|
| SELLER | DATE |

| | |
|---|---|
| SELLER | DATE |

**EXECUTOR, ADMINISTRATOR, TRUSTEE**

(If applicable) The undersigned has never occupied the property and lacks the personal knowledge necessary to complete this Disclosure Statement.

| |
|---|
| DATE |

| |
|---|
| DATE |

**RECEIPT AND ACKNOWLEDGMENT BY PROSPECTIVE BUYER**

The undersigned Prospective Buyer acknowledges receipt of this Disclosure Statement prior to signing a Contract of Sale pertaining to this Property. Prospective Buyer acknowledges that this Disclosure Statement is not a warranty by Seller and that it is Prospective Buyer's responsibility to satisfy himself or herself as to the condition of the Property. Prospective Buyer acknowledges that the Property may be inspected by qualified professionals, at Prospective Buyer's expense, to determine the actual condition of the Property. Prospective Buyer further acknowledges that this form is intended to provide information relating to the condition of the land, structures, major systems and amenities, if any, included in the sale. This form does not address local conditions which may affect a purchaser's use and enjoyment of the property such as noise, odors, traffic volume, etc. Prospective Buyer acknowledges that they may independently investigate such local conditions before entering into a binding contract to purchase the property. Prospective Buyer acknowledges that he or she understands that the visual inspection performed by the Seller's real estate broker/broker-salesperson/salesperson does not constitute a professional home inspection as performed by a licensed home inspector.

PROSPECTIVE BUYER                                    DATE

PROSPECTIVE BUYER                                    DATE

PROSPECTIVE BUYER                                    DATE

PROSPECTIVE BUYER                                    DATE

**ACKNOWLEDGMENT OF REAL ESTATE BROKER/BROKER-SALESPERSON/SALESPERSON**

The undersigned Seller's real estate broker/broker-salesperson/salesperson acknowledges receipt of the Property Disclosure Statement form and that the information contained in the form was provided by the Seller.

The Seller's real estate broker/broker-salesperson/salesperson also confirms that he or she visually inspected the property with reasonable diligence to ascertain the accuracy of the information disclosed by the seller, prior to providing a copy of the property disclosure statement to the buyer.

The Prospective Buyer's real estate broker/broker-salesperson/salesperson also acknowledges receipt of the Property Disclosure Statement form for the purpose of providing it to the Prospective Buyer.

SELLER'S REAL ESTATE BROKER/                        DATE
BROKER-SALESPERSON/SALESPERSON:

PROSPECTIVE BUYER'S REAL ESTATE BROKER/            DATE
BROKER-SALESPERSON/SALESPERSON: