UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Peter J. Collins

Case No.: 22-14485
Chapter: 13
Judge: ABA

## NOTICE OF PROPOSED PRIVATE SALE

_____Peter J. Collins_____, _____Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
U.S. Bankruptcy Court Clerk
400 Cooper Street
4th Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable  Andrew B. Altenburg, Jr  on  February 21, 2023  at  10:00  a.m. at the United States Bankruptcy Court, courtroom no.  4b , 400 Cooper Street, 4th Floor, Camden, NJ 08101. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 44 Bridge Drive, Blackwood, NJ 08012

Proposed Purchaser: Bryan Kenny and Stephanie Bellomo

Sale price: $360,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Ebenezer Carpio-Arias & Bernadette Augello
Amount to be paid: 2.5% of Gross Sale each
Services rendered: Real-Estate Agent for Seller and Buyer

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Mitchell Lee Chambers, Esq

Address: 602 Little Gloucester Road, Suite 5, Blackwood, NJ 08012

Telephone No.: 856-302-1778

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Peter J. Collins  
    Debtor

Case No. 22-14485-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Feb 08, 2023      Form ID: pdf905      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter J. Collins, 44 BRIDGE DRIVE, Blackwood, NJ 08012-2334 |
| 519630996 | + | BELLMAWR BOROUGH MUNICIPAL COURT, 21 E. BROWNING ROAD, Bellmawr, NJ 08031-2327 |
| 519630997 | + | CAMDEN CITY MUNICIPAL COURT, 520 MARKET STREET, Camden, NJ 08102-1300 |
| 519630999 | | CAPITAL ONE, P.O. BOX 30285, Richmond, VA 23285 |
| 519631001 | + | CENTRAL HUDSON GAS, 284 SOUTH AVENUE, Poughkeepsie, NY 12601-4839 |
| 519631003 | | COMCAST, HADDONFIELD-BERLIN ROAD, Cherry Hill, NJ 08003 |
| 519631005 | + | CREDIT CORP SOLUTIONS, INC., PO BOX 788, Kirkland, WA 98083-0788 |
| 519631006 | + | DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08602-0245 |
| 519631007 | + | DEPTFORD MUNICIPAL COURT, 1011 COOPER STREET, Woodbury, NJ 08096-3076 |
| 519631010 | + | GLOUCESTER CITY, 313 MONMOUTH ST, Gloucester City, NJ 08030-1797 |
| 519631011 | | HONDA POWERSPORTS, 50 NW POINT BLVD, Fox River Grove, IL 60021 |
| 519631015 | #+ | MANTUA MUNICIPAL COURT, 405 MAIN STREET, Mantua, NJ 08051-1002 |
| 519654975 | + | Mantua Joint Court, 397 Main Street, Mantua, NJ 08051-1049 |
| 519631016 | + | NEW JERSEY DEPARTMENT OF LABOR, PO BOX 058, Trenton, NJ 08625-0058 |
| 519631017 | + | NJSVS BANKRUPTCY UNIT, PO BOX 136, Trenton, NJ 08601-0136 |
| 519631018 | + | NORTHERN DUTCHESS PARAMEDICS, 3 HOOK ROAD, Rhinebeck, NY 12572-1145 |
| 519674790 | + | NY CHILD SUPPORT OFFICE, PO BOX 15363, Albany, NY 12212-5363 |
| 519631020 | + | RACHEL LEITEM, 73 JAMISON HILL ROAD, Clinton Corners, NY 12514-2126 |
| 519631022 | + | SALT LAKE BEHAVIORAL HEALTH, 3802 SOUTH 700 EAST, Salt Lake City, UT 84106-1182 |
| 519631023 | + | SOUTH JERSEY GAS, P.O. BOX 6091, Bellmawr, NJ 08099-6091 |
| 519635572 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 519631025 | + | UNITED RESOURCE SYSTEMS, INC, 3501 SOUTH TELLER STREET, Denver, CO 80235-2011 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 08 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 08 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519630993 | | Email/Text: bankruptcy@pepcoholdings.com | Feb 08 2023 20:39:00 | ATLANTIC CITY ELECTRIC, P.O. BOX 4875, Trenton, NJ 08650 |
| 519630991 | + | Email/Text: bncmail@w-legal.com | Feb 08 2023 20:39:00 | ALLIANT CAPITAL MANAGEMENT, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE, STE. 400, Seattle, WA 98121-3132 |
| 519630992 | + | Email/PDF: bncnotices@becket-lee.com | | |

Case 22-14485-ABA    Doc 61    Filed 02/10/23    Entered 02/11/23 00:15:26    Desc Imaged
                               Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Feb 08, 2023 | Form ID: pdf905 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| | | Feb 08 2023 20:47:27 | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE, LLP, PO BOX 3001, Malvern, PA 19355-0701 |
| 519630995 | + Email/Text: bankruptcy@pepcoholdings.com | Feb 08 2023 20:39:00 | ATLANTIC CITY ELECTRIC, P.O. BOX 13610, Philadelphia, PA 19101-3610 |
| 519630994 | + Email/Text: bankruptcy@pepcoholdings.com | Feb 08 2023 20:39:00 | ATLANTIC CITY ELECTRIC, 5 COLLINS DRIVE, Penns Grove, NJ 08069-3600 |
| 519638931 | + Email/Text: bankruptcy@pepcoholdings.com | Feb 08 2023 20:39:00 | Atlantic City Electric Co, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519630998 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 20:47:15 | CAPITAL ONE, P.O. BOX 30285, Salt Lake City, UT 84130-0285 |
| 519631000 | + Email/Text: BarclaysBankDelaware@tsico.com | Feb 08 2023 20:39:00 | CARD SERVICES, P.O. BOX 8802, Wilmington, DE 19899-8802 |
| 519631004 | + Email/Text: documentfiling@lciinc.com | Feb 08 2023 20:38:00 | COMCAST CABLE, P.O. BOX 3006, Southeastern, PA 19398-3006 |
| 519655171 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2023 20:47:37 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519631002 | + Email/Text: documentfiling@lciinc.com | Feb 08 2023 20:38:00 | Comcast, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 519631008 | ^ MEBN | Feb 08 2023 20:34:38 | EMERG PHYS ASSOC OF SOUTH JERSEY, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519631009 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 08 2023 20:47:35 | FIRST PREMIER BANK, 601 S MINNESOTA AVE., Sioux Falls, SD 57104-4868 |
| 519631012 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 08 2023 20:39:00 | JEFFERSON CAPITAL SYSTEMS, P.O. BOX 953185, Saint Louis, MO 63195 |
| 519631013 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 08 2023 20:39:00 | JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 7999, Saint Cloud, MN 56302 |
| 519649150 | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 08 2023 20:39:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519631019 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 20:47:26 | PORTFOLIO RECOVERY ASSOCIATES, P.O. BOX 41067, Norfolk, VA 23541 |
| 519654891 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 20:47:26 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519657849 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 20:47:15 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519658805 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 08 2023 20:47:36 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519651208 | + Email/Text: JCAP_BNC_Notices@jcap.com | Feb 08 2023 20:39:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519636813 | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2023 20:39:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519631021 | + Email/Text: bankruptcyteam@quickenloans.com | Feb 08 2023 20:39:00 | ROCKET MORTGAGE, 635 WOODWARD AVE, Detroit, MI 48226-3408 |
| 519659153 | + Email/Text: bankruptcyteam@quickenloans.com | Feb 08 2023 20:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519631024 | + Email/PDF: gecsedi@recoverycorp.com | Feb 08 2023 20:47:35 | SYNCHRONY BANK, PO BOX 965060, Orlando, FL 32896-5060 |
| 519632357 | + Email/PDF: gecsedi@recoverycorp.com | Feb 08 2023 20:47:35 | Synchrony Bank, c/o of PRA Receivables |

Case 22-14485-ABA    Doc 61    Filed 02/10/23    Entered 02/11/23 00:15:26    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: pdf905 | Total Noticed: 52 |

| 519631026 | + Email/Text: EDBKNotices@ecmc.org | Feb 08 2023 20:38:00 | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 US DEPT OF EDUCATION, PO BOX 16448, Saint Paul, MN 55116-0448 |
|---|---|---|---|
| 519631027 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 08 2023 20:38:00 | VERIZON, 500 Technology drive, Ste. 550, Saint Charles, MO 63304-2225 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Rocket Mortgage, LLC, 635 Woodward Ave., Detroit, MI 48226-3408 |
| 519653953 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519631014 | ##+ | KML LAW GROUP, 216 HADDON AVENUE, SUITE 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Peter J. Collins ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4