Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−14485−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter J. Collins
   44 BRIDGE DRIVE
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−5364

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/4/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: April 4, 2023
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 22-14485-ABA
Peter J. Collins                                                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 04, 2023 | Form ID: 148 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Peter J. Collins, 44 BRIDGE DRIVE, Blackwood, NJ 08012-2334 |
| r | + | Ebenezer Carpio-Arias, 332 Haddon Ave, Suite 200, Haddon Twp, NJ 08108-2833 |
| 519630996 | + | BELLMAWR BOROUGH MUNICIPAL COURT, 21 E. BROWNING ROAD, Bellmawr, NJ 08031-2327 |
| 519630997 | + | CAMDEN CITY MUNICIPAL COURT, 520 MARKET STREET, Camden, NJ 08102-1300 |
| 519630999 | | CAPITAL ONE, P.O. BOX 30285, Richmond, VA 23285 |
| 519631001 | + | CENTRAL HUDSON GAS, 284 SOUTH AVENUE, Poughkeepsie, NY 12601-4839 |
| 519631003 | | COMCAST, HADDONFIELD-BERLIN ROAD, Cherry Hill, NJ 08003 |
| 519631005 | + | CREDIT CORP SOLUTIONS, INC., PO BOX 788, Kirkland, WA 98083-0788 |
| 519631006 | + | DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08602-0245 |
| 519631007 | + | DEPTFORD MUNICIPAL COURT, 1011 COOPER STREET, Woodbury, NJ 08096-3076 |
| 519631010 | + | GLOUCESTER CITY, 313 MONMOUTH ST, Gloucester City, NJ 08030-1797 |
| 519631011 | | HONDA POWERSPORTS, 50 NW POINT BLVD, Fox River Grove, IL 60021 |
| 519654975 | + | Mantua Joint Court, 397 Main Street, Mantua, NJ 08051-1049 |
| 519631016 | + | NEW JERSEY DEPARTMENT OF LABOR, PO BOX 058, Trenton, NJ 08625-0058 |
| 519631017 | + | NJSVS BANKRUPTCY UNIT, PO BOX 136, Trenton, NJ 08601-0136 |
| 519631018 | + | NORTHERN DUTCHESS PARAMEDICS, 3 HOOK ROAD, Rhinebeck, NY 12572-1145 |
| 519674790 | + | NY CHILD SUPPORT OFFICE, PO BOX 15363, Albany, NY 12212-5363 |
| 519631020 | + | RACHEL LEITEM, 73 JAMISON HILL ROAD, Clinton Corners, NY 12514-2126 |
| 519631022 | + | SALT LAKE BEHAVIORAL HEALTH, 3802 SOUTH 700 EAST, Salt Lake City, UT 84106-1182 |
| 519631023 | + | SOUTH JERSEY GAS, P.O. BOX 6091, Bellmawr, NJ 08099-6091 |
| 519635572 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 519631025 | + | UNITED RESOURCE SYSTEMS, INC, 3501 SOUTH TELLER STREET, Denver, CO 80235-2011 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 04 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 04 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519630993 | | Email/Text: bankruptcy@pepcoholdings.com | Apr 04 2023 21:03:00 | ATLANTIC CITY ELECTRIC, P.O. BOX 4875, Trenton, NJ 08650 |
| 519630991 | + | Email/Text: bncmail@w-legal.com | Apr 04 2023 21:03:00 | ALLIANT CAPITAL MANAGEMENT, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVE, STE. 400, Seattle, WA 98121-3132 |
| 519630992 | + | Email/PDF: bncnotices@becket-lee.com | Apr 04 2023 21:22:47 | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE, LLP, PO BOX 3001, Malvern, PA 19355-0701 |

Case 22-14485-ABA    Doc 69    Filed 04/06/23    Entered 04/07/23 00:14:47    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 04, 2023 | Form ID: 148 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519630995 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 04 2023 21:03:00 | ATLANTIC CITY ELECTRIC, P.O. BOX 13610, Philadelphia, PA 19101-3610 |
| 519630994 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 04 2023 21:03:00 | ATLANTIC CITY ELECTRIC, 5 COLLINS DRIVE, Penns Grove, NJ 08069-3600 |
| 519638931 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 04 2023 21:03:00 | Atlantic City Electric Co, Bankruptcy Division, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 519630998 | + | EDI: CAPITALONE.COM | Apr 05 2023 00:56:00 | CAPITAL ONE, P.O. BOX 30285, Salt Lake City, UT 84130-0285 |
| 519631000 | + | EDI: TSYS2 | Apr 05 2023 00:56:00 | CARD SERVICES, P.O. BOX 8802, Wilmington, DE 19899-8802 |
| 519631004 | + | EDI: COMCASTCBLCENT | Apr 05 2023 00:55:00 | COMCAST CABLE, P.O. BOX 3006, Southeastern, PA 19398-3006 |
| 519655171 | | EDI: CITICORP.COM | Apr 05 2023 00:56:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519631002 | + | EDI: COMCASTCBLCENT | Apr 05 2023 00:55:00 | Comcast, P.O. Box 3006, Southeastern, PA 19398-3006 |
| 519631008 | ^ | MEBN | Apr 04 2023 20:59:00 | EMERG PHYS ASSOC OF SOUTH JERSEY, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 519631009 | + | EDI: AMINFOFP.COM | Apr 05 2023 00:56:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE., Sioux Falls, SD 57104-4868 |
| 519631012 | | EDI: JEFFERSONCAP.COM | Apr 05 2023 00:56:00 | JEFFERSON CAPITAL SYSTEMS, P.O. BOX 953185, Saint Louis, MO 63195 |
| 519631013 | | EDI: JEFFERSONCAP.COM | Apr 05 2023 00:56:00 | JEFFERSON CAPITAL SYSTEMS, LLC, PO BOX 7999, Saint Cloud, MN 56302 |
| 519649150 | | EDI: JEFFERSONCAP.COM | Apr 05 2023 00:56:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519631019 | | EDI: PRA.COM | Apr 05 2023 00:56:00 | PORTFOLIO RECOVERY ASSOCIATES, P.O. BOX 41067, Norfolk, VA 23541 |
| 519654891 | | EDI: PRA.COM | Apr 05 2023 00:56:00 | Portfolio Recovery Associates, LLC, c/o BARCLAYS BANK DELAWARE, POB 41067, Norfolk, VA 23541 |
| 519657849 | | EDI: PRA.COM | Apr 05 2023 00:56:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519658805 | | EDI: PRA.COM | Apr 05 2023 00:56:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519651208 | + | EDI: JEFFERSONCAP.COM | Apr 05 2023 00:56:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519636813 | | EDI: Q3G.COM | Apr 05 2023 00:56:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519631021 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 04 2023 21:03:00 | ROCKET MORTGAGE, 635 WOODWARD AVE, Detroit, MI 48226-3408 |
| 519659153 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 04 2023 21:03:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519631024 | + | EDI: RMSC.COM | Apr 05 2023 00:55:00 | SYNCHRONY BANK, PO BOX 965060, Orlando, FL 32896-5060 |
| 519632357 | + | EDI: RMSC.COM | Apr 05 2023 00:55:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519631026 | + | Email/Text: EDBKNotices@ecmc.org | | |

| | | | Apr 04 2023 21:02:00 | US DEPT OF EDUCATION, PO BOX 16448, Saint Paul, MN 55116-0448 |
|---|---|---|---|---|
| 519631027 | + | EDI: VERIZONCOMB.COM | Apr 05 2023 00:55:00 | VERIZON, 500 Technology drive, Ste. 550, Saint Charles, MO 63304-2225 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Rocket Mortgage, LLC, 635 Woodward Ave., Detroit, MI 48226-3408 |
| 519653953 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519631014 | ##+ | KML LAW GROUP, 216 HADDON AVENUE, SUITE 406, Collingswood, NJ 08108-2812 |
| 519631015 | ##+ | MANTUA MUNICIPAL COURT, 405 MAIN STREET, Mantua, NJ 08051-1002 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Peter J. Collins ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4